IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: ___23-mJ-8089-GCS___ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NIRAV B. PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

## **WARRANT FOR ARREST**

TO:    The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NIRAV B. PATEL, and bring him

forthwith to the nearest Magistrate Judge to answer a complaint charging him with:

**Conspiracy to commit wire fraud, 18 U.S.C. § 1349**

GILBERT C. SISON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_Gilbert C. Sison_
Signature of Issuing Officer

_June 2, 2023, East St. Louis, IL_
Date and Location:

(By) Deputy Clerk

Bail fixed at $_____   by   _____

Name of Judicial Officer