IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

☐ Benton                    ☒ East St. Louis

☒ Initial Appearance        ☒ Arraignment            ☐ Detention Hearing

**CRIMINAL NO.** 23-cr-30076-SPM                    **DATE**: 7/19/2023
USA vs. NIRAV B. PATEL                              **JUDGE**: MARK A. BEATTY
    ☒ Present  ☒ Custody  ☐ Bond                   **DEPUTY**: JENNIFER JONES
**DEFT. COUNSEL:** KIM FRETER, AFPD                 **REPORTER:** ERIKIA SCHUSTER
    ☒ Present  ☒ Apptd.  ☐ Retained
**GOVT. COUNSEL**: PETER REED, AUSA                 **TIME:** 2:55 PM-3:21 PM

☒ Defendant appears with appointed counsel, Kim Freter.
☒ Interpreter Bakhtavar Cyrus Press sworn.
☒ Financial Affidavit submitted to the Court and it is accepted. Federal Public Defender is appointed to represent the Defendant for all proceedings.
☒ Defendant advised of constitutional rights.
☒ Defendant advised of charges.
☒ Defendant request a formal reading of Indictment.
☒ <u>Not Guilty</u> plea entered as to all counts of the Indictment.
☒ Rule 5(f) admonishment issued.
☒ Order for Pretrial Discovery and Inspection will be entered.
☒ Final Pretrial Conference set for September 19, 2023 at 9:00 a.m. and Jury Trial set for September 26, 2023 at 9:00 A.M. before U.S. District Judge Stephen P. McGlynn in East St. Louis, Illinois.
☒ Court discusses the issue of detention. Status conference to be set by separate notice.
☒ Defendant is continued in the custody of the U. S. Marshal.