Help me Help. me
Help. me

(sir)

united States Embassy
Ambassador for India 2107 massachusets Avenue NW washington DC 2008 (Phone 2029397000

my Name Nirav. B. Patel I am Indian I am gujrati I am in Jail Alton City Jail 1700 E. Broadway Alton IL 62002. (4 month)

I have no money I dont speak English well I dont Understand English well

my frind Cheating me and I am in Jail so please united States Embassy Ambassador for India sir Recieve This Letter posicebal to sent my Indian prime ministre

Narahdar modi sir

it is most important so Please Help. me

Please Help me Please help me

Please Help me Please Help me

please Help me Please Help me

Please Help me (sir)

United States Embassy Ambassador for India 2107 massachusets Avenue NW. waishington DC 2008

Please help. me (sir)

(sir)

united states Embassy Ambassador for (U.SA) white House 1600 peAnsylvainia Ave Noth west washington D.C 20500

Help me Help me Help me Help me please please please please please

my Name Nirav. B. Patee I am Indian I am gujrati I am in Jail Alton city Jail 1700 E Broadway Alton IL 62002 (9 month)

I have no money I dont speak Engli well I dont Understand English well my friend Cheating me and I am in Jail so please united states Embassy Ambassado for (U.S.A) white House sir Recieve This Letter posicebal to Sent my Indian Prime ministre Narandar modi sir it is most important so please Help me.

Help me please Help me please

Help me please Help me please

Help me please (sir)

United States Embassy Ambassador for (U.S.A) White House 1600 Pennsylvainia Ave Noth West washington DC 20500

Please Help. me (sir)

ॐ શ્રી ગણેશાય નમઃ

સન્માનીય :: જજ સર/મેડમ

સન્માનીય :: સરકારી વકીલ સર/મેડમ

સન્માનીય :: વકીલ સર/મેડમ

(તથા) સન્માનીય અહીં ન્યાય મંદિરમાં ઉપસ્થિત તમામ બુદ્ધિજીવી હું નિરવ પટેલ આપ શ્રી બધાઓને મારા પ્રણામ કરું છું તથા બધાની માફી માંગુ છું

હું નિરવ પટેલ ઈશ્વરની હાજરીમાં મારા હૃદય પૂર્વક કિતાબ ની શોગંદ ખાઈને જણાવવા માંગુ છું કે મારા ઉપર જે ઈલીગલ કોઈ ડોલર કે રૂપિયા પૈસા કમાવવા માટે જે આરોપ લગાવવામાં આવેલ છે. તેને હું નકારું છું. હા હું જણાવવા માંગુ છું કે નાનું આધિ કોઈપણ ગેંગ કે વ્યક્તિઓના ડોલર કે રૂપિયા પૈસા મા ભાગીદાર છું કે ના હું આધિ ગેંગ કે વ્યક્તિઓના માનસિકતા નો ભાગીદાર છું કે ના મેં મારા સંપૂર્ણ જીવન દરમ્યાન ક્યારેય પણ ભૂતકાળ કે વર્તમાનમાં ખોટા રસ્તે કામ કરી ડોલર કે રૂપિયા પૈસા કમાવવા માટે આવા ખોટા વ્યક્તિઓ સાથે મારા સંબંધો છે.

(૨૨) હું જણાવવા માંગુ છું કે હકીકતમાં હું આ સમગ્ર વાસ્તવિકતા થી હું અજાણ છું કારણ મારા થી કદાચ અજાણતા જાણતામાં એવા ગુનાહિત વ્યક્તિઓના કારણે સાથ અપાઈ ગયો છે. તે હું સ્વીકારું છું

(૩૩) હું જણાવવા માંગુ છું કે આ કાર્ય પ્રેરીત કરવા પાછળ જે વ્યક્તિ છે કે જે મારો સંબંધી મિત્ર છે જેણે મને ખોટો વિશ્વાસ આપીને મને ખોટું માર્ગદર્શન આપીને મને વિશ્વાસ અપાવ્યો હતો કે આ કામમાં ક્યાંય પણ ખોટું નથી હું પણ આ વકીલ કે જે મારા સંબંધી મિત્ર નો ખાસ મિત્ર છે તેનું કામ હું પણ કરું છું તેને કોઈપણ પ્રકારની તકલીફ નહીં થાય. જે મારો સંબંધી મિત્ર હોવાથી મેં તેની ઉપર મેં જે વિશ્વાસ કર્યો તે મારા જીવનની સૌથી મોટી ભૂલ કરી છે.

આ જે મારો સંબંધી મિત્ર છે. તેનું નામ દિનેશ પટેલ છે. તે હાલ મા અમદાવાદમાં રહે છે. તેનો મોબાઈલ નંબર ૩૦૨ ૫૦૨ ૨૦૦૫ છે. આના સિવાય તેનો બીજો મોબાઈલ નંબર છે. તે મારા મોબાઈલ ફોન મા છે

(2)

(સર) જે મારો સંબંધી મિત્ર છે જે ખોટુ બોલી મને અંધારામા રાખી મારી સાથે છેતરપિંડી કરી તેના ખાસ મિત્રો નુ કામ કરાવવા માટે મને ખોટો રસ્તો બતાવી મારી સાથે ગુનાહિત કાર્ય કરાવવા પ્રેરીત કર્યો.

(સર) હુ ઈશ્વરના કુટુંબને અને મારા પરિવારના સોગંદ ખાઈને જણાવવા માગુ છુ કે ના હુ આ વ્યક્તિ વિશે પહેલા કશુપણ જાણતો હતો કે ના અત્યારે કશુ પણ જાણુ છુ ના હુ આ વ્યક્તિના કામ વિશે મને કાઈપણ ખબર છે અને ના મારી પાસે હાલમા કોઈ પણ પુરાવા માહિતી છે. હુ આ વ્યક્તિને ફક્ત મારા સંબંધી મિત્ર ના માધ્યમથી ઓળખુ છુ આ ના સિવાય આગળ કોઈ પણ જાણકારી મારી પાસે નથી.

(સર) આ જે વ્યક્તિ છે જે મારો સંબંધી મિત્ર છે. તેનુ નામ તથા નંબર મેં પહેલાથી જ પોલીસ ઓફીસર તથા સરકારી વકીલ તથા મારા વકીલ ને જણાવિ દિધેલ છે.

(સર) હુ કોઈને આનો દોષ આપવા માગતો નથી. મારી મોટી ભૂલ છે, મારે પહેલા આ વ્યક્તિ તથા આ વ્યક્તિના કામ વિશે જાણવાની જરૂરિયાત હતી. અને હુ એટલુ જણાવવા માગુ છુ કે આવા ખોટા વ્યક્તિઓ ને ઓળખવાની મને જરાપણ સમ નથી

(સર) હુ વચન આપુ છુ કે આવા વ્યક્તિ ઓને પકડવા તથા સજા અપાવવા માટે મારા ફેડરલને સહયોગ આપવા તથા જરૂરિયાત હોય ત્યા મારો ઉપયોગ કરવા હુ મારુ સો ટકા સંપૂર્ણ યોગદાન આપવા માટે વચન આપુ છુ અને હુ વચન આપુ છુ કે સર તમે જે વિશ્વાસ મારા પર રાખશો તે વિશ્વાસ ને હુ ક્યારેય પણ તુટવા નહી દઉ.

(સર) હુ ઈશ્વરમા સંપૂર્ણ વિશ્વાસ રાખુ છુ હુ એક મહેનતી ઈમાનદાર વ્યક્તિ છુ મેં મારા સંપૂર્ણ જીવન દરમ્યાન ક્યારેય પણ ડોલર કે રૂપિયા પૈસા કમાવવા માટે ખોટા માર્ગ કે રસ્તાનો ક્યારેય પણ ઉપયોગ કર્યો નથી અને ક્યારેય મેં ડોલર કે રૂપિયા પૈસા કમાવવા માટે કોઈ બિ પણ સાથે ક્યારેય પણ છેતરપિંડી ના માર્ગરસ્તાનો ઉપયોગ કર્યો નથી. મેં ઈમાનદારીથી અને મહેનત કરી રૂપિયા પૈસા કમાવવા

[illegible]

(૨૨) પણ અહીંયા હું એવા ખોટા વ્યક્તિના સંપર્કમાં આવી ગયો અને મારાથી આવા ગુનાહિત વ્યક્તિના ગુનામાં સાથ અપાઈ ગયો. હું ઈશ્વરના કસમથી એ સોગંદ ખાઈને જણાવવા માંગુ છું કે ના મારો આમાંથી કમાવવા કે કમાઈ કરવા કે રૂપિયા પૈસા કમાવવાનો ઉદ્દેશ્ય હતો કે ના કોઈ પણ ગુનાહિત કાર્ય કરવાનો.

(૨૨) હું એક ઈમાનદાર મહેનતી વ્યક્તિ છું ને મારા સંપૂર્ણ જીવન દરમ્યાન ક્યારેય પણ એક પણ રૂપિયા પૈસા નો દુર ઉપયોગ કર્યો નથી. મેં ક્યારેય પણ મારી જાત પાછળ એક પણ રૂપિયા પૈસા નો દુર ઉપયોગ કર્યો નથી (૨૨) મારા પરિવારમાં મારા માતા પિતા મારી પત્ની તથા મારા બે બાળકો છે હું મારા પરિવારમાં એક માત્ર કમાવવા વાળો વ્યક્તિ છું જે તમામ મારા ઉપર નિર્ભર છે. (૨૨) અત્યારે હાલ મા મારા મધરને હોસ્પિટલ સારવારની અત્યન્ત જરૂરિયાત છે. પણ મારી પાસે રૂપિયા પૈસા ના હોવાથી હું તેમના સારવાર પણ કરાવી શકુ તેમ નથી. મારા બે બાળકો જે હાલમા વર્ષના સ્કૂલ ફિસ ભરવાના મારી પાસે રૂપિયા કે પૈસા નથી અત્યારે. હાલ મારા ઘરમા કંઈ શાકભાજી તથા ખોરાક લાવવા માટે રૂપિયા કે પૈસા નથી (૨૨) અત્યારે હાલ એટલો મજબૂર બની ગયો છુ કે મને સમજાતુ નથી કે શું હું અને મારો પરિવાર મારી ઈમાનદારી થી સત જીવન રહી શકીએ.

(૨૨) છેલ્લા ૮ વર્ષ દરમ્યાન મેં મારા પરિવારને એક પણ રૂપિયા પૈસા મોકલાવેલ નથી મારા ઘરનો સંપૂર્ણ ખર્ચો મારી પત્નીના પગાર ઉપર ચાલે છે. જે રૂપિયા પણ છેલ્લા ઘણા મહિના થી પૂરા થઈ ગયેલ છે.

(૨૨) હું મારા માટે નહિ પણ મારા પરિવાર ના ભરણ પોષણ માટે માફી આપવા અને ઈમાનદારીથી કામ કરવા માટે મને એકવાર (મોકો) તક આપવા માટે વિનંતી કરૂ છુ

(૭)

(સર) હવે હું જણાવવા માગું છું કે આ આરોપી મિહિર કંસારાને કેવી રીતે પકડીને સજા અપાવી શકાય છું કેવી રીતે આ આરોપી લોકોને પકડવામાં આ દેશને મદદરૂપ થઈ શકું કારણ કે મને આ આરોપી તો વાસ્તવિકતા ની સમજણ પડી ત્યારથી મારા આત્મા કકળી ગયો છે અને હું એટલો ઉતાવળો બની ગયો છું કેમ જલ્દીથી જલ્દી આ આરોપી લોકોને પકડી શકાય કારણ કે આ આરોપી લોકોના ફ્રોડ ઘણી મહેનત કરી રૂપિયા પૈસા કમાતા નથી પણ કેટલાય પરિવારને બરબાદ કર્યા હશે અને કેટલાય પરિવારને આત્મવિલોપન કરવા મજબૂર કર્યા હશે

કારણ કે મેં પોતે આ વાસ્તવિકતા અનુભવ કરી છે. અને મારા પરિવારે પણ બરાબર અનુભવ કરી છે આ ~~[illegible]~~ મહીના દરમ્યાન મારા કે મારા પરિવાર પાસે એક પણ રૂપિયા કે પૈસા નથી મેં અનુભવ કર્યો છે કે જ્યારે અમારા પરિવાર પાસે એક પણ રૂપિયા કે પૈસા ના હોય તો કેવી રીતે આ સમય દરમ્યાન જીવન જીવી શકાય

પછી હું સામાન્ય મારા ઘરનો મહિનાનો ખર્ચ જણાવું છું

(૧) E.M.I - 21 25000

(૨) ઇલેક્ટ્રીક બિલ - 4000

(૩) રસોઈ ગેસ - 1500

(૪) કરીયાણાનો તથા દુધ - શાકભાજી - 10.000

(૫) બાળકોના સ્કૂલ કે અને ટ્યુશન - 20.000

(૬) ઘર મેઇન્ટેનન્સ - 1500

(૭) માતા પિતા દવા તથા ચેકઅપ - 5000

60,000 મહીનાનો ખર્ચ

હવે દર મહીને આટલા બધા રૂપિયા અમને કોઈ કેવી રીતે ફેરવ કરી શકે જ્યારે અમારા પરિવારમાં એકજ વ્યક્તિ કમાવવા વાળો હોય ~~અને~~ ~~તે~~

આ ક્રૂર કામનાના લોકો કેટલા ભોળા અને ઈમોશનલ બની મારા જેવા કેટલાય લોકોનો ઉપયોગ કરી મુકતા હશે કારણ કે. આ સંપૂર્ણ ઘટનાનો મેં અનુભવ કર્યો છે. જ્યારે આ ~~મહિ~~ મહીના દરમ્યાન મારી પત્નિ મને કહેવા લાગી કે હુ કેવીરીતે ઘર ચલાવુ મને સમજણ નથી પડતી અને તે મને રડતા રડતા કહેવા લાગી કે હુ પહેલા મારા બે બાળકોને ઝેર આપી મારી નાખુ અને પછી હુ પોતે ઝેર પિ આ જીવનને ટુંકાવી નાખુ હુ ઈશ્વરમાં ~~વિશ્વા~~ વિશ્વાસ કરુ છુ મેં ઈશ્વરને પ્રાર્થના કરી જણાવ્યુ કે. કે ઈશ્વર મારી પત્નિ તથા મારા પરિવાર ને. આ સમય દરમ્યાન હિંમત અને શક્તી આપે કે આવા પ્રકારના નકારાત્મક વિચારો થી દુર (કરે) રહે.

કારણ આ આખી ઘટના સત્ય છે. અને આ ~~આખી~~ આખી વાસ્તવિકતાનો મને બરાબર અનુભવ છે કારણ કે ના હુ આ સંપૂર્ણ યોજનાનો હુ ભાગીદાર છુ કે ના હુ આવા લોકોના ગુપિત છુ કે. કારણ ના હુ ભાગીદાર છુ કે ના હુ આવા લોકોના માનસીકતા નો. ભાગીદાર છુ તેથી આ સમય દરમ્યાન મારા ઉપર શુ પરિસ્થિતી બીતી છે. તે મે બરાબર અનુભવ કર્યો છે.

હુ આ આખી યોજનાને કેવી રીતે સજા અપાવી શકાય કારણ કે આવા લોકો માત્ર ગુનેગાર નહી પરંતુ હત્યારા છે. આ લોકો ન જાણે કેટલાય પરિવાર ને બરબાદ કરી મુકતા હશે અને કેટલાય પરિવારને આત્મવિલોપન કરવા મજબૂર કરતા હશે હુ આવિ માનસિકતા વાળા લોકોને બચાવવા માગતો નથી તેથી આવી યોજનાના લોકોને કેમ જલ્દીથી જલ્દી પકડી શકાય આવા લોકો ને હુ F.B.I ના કર્મચારીઓ સાથે. મળ ને સહકાર થી અને મારા દેશ અને મારા રાજ્યમાંથી પકડી કેવી રીતે સજા અપાવી શકાય કારણ કે. આવા હત્યારા લોકો જો બચી જશે. તો ફરીથી આ લોકો કેટલાય પરિવારને બરબાદ કરશે. માટે કોઈ પણ ~~આ~~ લોકો બચવા ના જોઈએ

સ્વજનોગોના આ



(૨૨) હું વચન આપું છું કે આવા વકીલ ઓને ચૂકવવા તથા ફળ અપાવવા માટે મારાથી બનતી તેટલી કોશિશો આપવા તથા ન્યાયના મારી જરૂરિયાત હોય ત્યાં મારો ઉપયોગ કરવા ~~તથા~~ મારું સો ટકા સંપૂર્ણ યોગદાન આપવા વચન આપું છું અને વચન આપું છું કે (૨૨) તમે જે વિશ્વાસ મારા ઉપર રાખશો તે વિશ્વાસને હું ક્યારેય પણ તૂટવા નહીં દઉં. હું નિશ્ચય પૂર્વક કે જે મેં આ દેશનું અન્ન ખાધું છે. તેના શપથ લઈને જણાવું છું આ દેશને ચૂકવવા માટે મારો જીવ પણ આપવો પડશે તો પણ હું ક્યારેય સંકોચ નહીં કરું

(૨૨) (~~૨૩~~) હું નિશ્ચય પૂર્વક આ દેશના કાનૂન આ દેશના સંવિધાન તથા આ દેશ ભગવાન માફી માગું છું અને આપ સર્વે ~~ફ્રી માફી~~ માગું છું ને વિનંતી કરું છું કે મને એક વાર માફ કરશો.

Judge   Stephen . P.  mcglynn (sir)

India    Prime minister

Narander modi (sir)

Please  Help.  me  (sir)

(૨)

સન્માનનીય:- ભારતના વડાપ્રધાન નરેન્દ્ર મોદી સાહેબ
સન્માનનીય:- ભારત ગુજરાત મુખ્ય પ્રધાન (ગુજરાત રાજ્ય) ભુપેન્દ્ર પટેલ સાહેબ.

હુ આ પત્ર અત્યંત ગંભીર (ગંભીર) મુદ્દાને લઈને લખી રહ્યો છુ.

(સર) હુ આ પત્ર United States Embassy Ambassador for India ને લખી રહ્યો છુ. Phone: 202 939 7000

(સર) હુ નિરવ બંસીભાઈ પટેલ હુ ભારત ગુજરાત અમદાવાદ નો વતની (રહેવાસી) છુ હુ અત્યારે હાલ અમેરીકાની (U.S.A) ની જેલ Alton city Jail માં થી લખી રહ્યો છુ હુ છેલ્લા નવ મહીનાથી જેલ મા છુ અને મારી મદદ કરવા વાળુ કોઈ પણ નથી તો સર જો આ પત્ર તમારા સુધી પોહચે તો તરત મારો સંપર્ક કરવા અને મને મદદ કરવા હુ વિનંતી કરૂ છુ

(સર) હુ અત્યંત ગંભીર (ગંભીર) મુદ્દો જણાવવા માગુ છુ મને આપણા (રાજ્યના) માહારાજ સંબન્ધી જેનુ નામ દિનેશ પટેલ (ભોલો) છે જે હાલ અમેરીકાનો રહેવાશી છે (U.S.A) દિનેશ પટેલ (ભોલો) જે નારણપુરા (નારણપુરા ગામ) અમદાવાદ (નારણપુરા ગામ રાધા કૃષ્ણ મંદિર ના સામેના વાસ ના પડેલા મકાન મા રહે છે. અત્યારે હાલ તેમના મા તા તથા પિતા ત્યા રહે છે.

(સર) આ દિનેશ પટેલ કે જે હાલ એટલાન્ટા અમેરીકા (U.S.A) મા રહે છે. જે તેના કેટલાક મિત્રો સાથે મળીને અમેરીકા (U.S.A) થી ભારત મા કોલર છેતરપીંડી તથા ઈતરપિંડી ના કામ કરે છે. આ દિનેશ પટેલ જે તેના મિત્ર ભરત પટેલ સાથે મળીને મને (નિરવ બંસીભાઈ પટેલ) અમેરીકામા (U.S.A) મા ફસાવી દિધો છે

(સર) મારૂ સૌ+ આરટીકલ 2007 દિવ્યભાસ્કર ન્યુઝ સમાચાર [illegible] મા [illegible] સાથે તો (કાગળ મહીનામા)

(૩)

(સર) મને મારા આ સબંધી આરોપી દિનેશ પટેલ તેના મિત્ર ભરત પટેલ કે જે અત્યારે હાલ અમદાવાદ માજ કામ કરે છે. આ મારા સબંધી દિનેશ પટેલ મને ફોન કરી તેના મિત્ર ભરત પટેલ ના ડોલર રૂપિયા પૈસા લેવા માટે જણાવી મને ગાડી ભાડુ આપવાની વાત કરી મારી સાથે ગુનાહીત કાર્ય કરાવીયુ છે

(સર) મને (નિરવ બંસીભાઈ પટેલ) અત્યારે હાલ જ્યારે હુ આ પત્ર લખી રહ્યો છુ ત્યારે પણ આ લોકોના કામ કાજ વિશે જરાપણ મારી પાસે માહિતી નથી કુ પણ હુ સાચરી વાસ્તવિકતા જાણતો નથી મને સાચરી માત્ર આ લોકોના કામ કાજ વિશે જરાપણ જાણકારી ના હોવાના કારણે આ દિનેશ પટેલ તથા તેના મિત્ર ભરત કે જે હાલ અમદાવાદ માજ છે તેમના ખોટા કામકાજ ના આક્ષેપ મા મને ફસાવી દિધો છે હુ હાલ એક વર્ષ થી જેલમા ફસાઈ ગયો છુ હુ આ વિનંતી કે જે મારો સબંધી (દિનેશ પટેલ) હોવા ના કારણે મે તેના ઉપર વિશ્વાસ કરી બહુ મોટી ભૂલ કરી છે. હુ દિનેશ પટેલ ને ઘણી વાર જેલ માથી ફોન કરૂ છુ છતા પણ તે મારો ફોન નો જવાબ આપતો નથી

(સર) હુ નિરવ બંસીભાઈ પટેલ B/504 આલોક રેસીડેન્સી ન્યુ રાણીપ અમદાવાદ ગુજરાત 00382470

મારૂ પરિવાર અત્યારે હાલ B/504 AALOK Recedency New Ranip Ahmedabad Gujrat 00382470 મા રહે છે. મારા પરિવારમા કમાવવા વાળો હુ એક જ વ્યક્તિ છુ મારૂ પરિવાર મારા ઉપર નિર્ભર કરે છે. મારા પરિવારમા મારા માતા પિતા તથા મારી પત્નિ મારા બે બાળકો છે. હાલ એક વર્ષ થી મારા પરિવાર પાસે એક પણ રૂપિયા પૈસા નથી. અને હુ એક વર્ષ થી જેલ મા બંધ છુ મારી પાસે રૂપિયા પૈસા ના હોવાના કારણે હુ મજબુર થઈ ગયો છુ અને હુ કઈ પણ કરી શકતો નથી.

(સર) મારી પત્નિ નો મોબાઈલ નંબર +91 9725972915 છે.

(સર) જો તમને મારો આ સંદેશા પણ મળે તો મારો સંપર્ક કરવા તથા મારી મદદ કરવા વિનંતી કરૂ છુ

(સર) મને અહીયા વકીલ આપવામાં આવ્યા છે તે પણ મારૂ વાત સાંભળતા નથી તથા મારી સાથે કોઈપણ પ્રકારનો સહયોગ કરતા નથી. મે તેમને ઘણી બધી વખત મારી વાત સમજાવાની કોશીશ કરી હતી પણ તે મારી વાત સાંભળવા તૈયાર નથી.

(સર) મે તેમ ને જણાવ્યુ કે હુ શુ મદદ કરી શકુ આ તમામ લોકોને પકડવામાં હુ શુ મદદ કરી શકુ આ દેશને હુ જે પણ જાણતો હતો તે મે સંપૂર્ણ જાણકારી તેમને આપી દિધેલી છે. અને મે તે પણ જણાવ્યુ તમામ પ્રકારની મદદ કરવા તૈયાર છુ (સર) મે મારા 43 વર્ષ દરમ્યાન ક્યારેપણ ખોટા માર્ગનો ઉપયોગ કરીયો નથી કોઈ પણ પ્રકારના ગુનાહીત કાર્ય કરીયા નથી.

(સર) મે તેમને તે પણ જણાવવા પ્રયાસ કરીયો કે હુ મિડીયા પ્રેસ ના માધ્યમથી હુ મારા ભારત દેશના વડાપ્રધાન નરેન્દ્ર મોદી સાહેબ તથા મારા રાજ્ય ગુજરાત રાજ્ય મુખ્ય પ્રધાન ભુપેન્દ્ર પટેલ સાહેબ ને સંદેશો ~~આપી~~ આપવા માગુ છુ જેથી હુ આ તમામ લોકોને મારા રાજ્ય ગુજરાત અમદાવાદ તથા અમેરીકા (U.S.A) મા હોય તેમને પકડી શકાય અને તેમને સજા અપાવી શકાય જેથી કરી ને આગળના ભવિષ્યમાં આવા લોકો કોઈ બિજા સામાન્ય વ્યક્તિને તથા તેના પરિવારને બરબાદ ના કરી શકે અને મરવા માટે મજબુર ના કરી શકે

(સર) હુ આ લોકો કે જે આપણા દેશ રાજ્ય મા થી ખોટી રિતે કામ કરી ડોલર રુપિયા પૈસા નિ હેરા ફેરીના દેહતસ્કરી ના કામ બંધ કરાવી શકાય અને આપણા દેશનુ નામ ખરાબ થતુ અટકાવી શકાય

(સર) હુ એક ઈમાનદાર મહેનતી કામદાર છુ મને અને મારા પરિવારને અત્યારે હાલ તમારી મદદની જરૂર છે (સર) જો તમને મારો આ પત્ર મળે કે માહીતી મળે તો મને સંપર્ક કરી મારી સાથે જે આ ઘટના બની છે. તે વિષે હુ વિસ્તાર પૂર્વક વાત રજુ કરી શકુ

(સર) મને તમારી મદદ ની [illegible]

India Prime minister sir

Narandar modi (sir)

Please Help. me (sir)

Nirav Patel No. 23CR30[illegible]

05/30/1980

Dear Kim Freter,

I'm writing you in concerns of my case. I haven't received a discovery or legal documents of any sort. I've called your law firm and tried reaching out to you but you keep stone-walling me. Can you please contact me as soon as possible and inform me of the progress and status of my case so I can inform my family. At this point I feel that I'm receiving ineffective counseling and I'll truly appreciate if you give me more assist-ance and communication between client and counsel within my case. Please and Thank you

Client Signature Nirav Patel

Respectfully Submitted,

Kim Freter

- ineffective counseling /
- No discovery or legal documents
- Attorney never informed me of the progress of my case. HASn't sent ME Any PAPer WoRK
- No Plea negotiation or agreement
- I've called and reached out but Im being stonewalled
- NO ZOOM VISITS to Communicate with me
- No Interpreter Contact At All Don't Understand Much English
- My Constitutional Rights ARE being violated
- Im only ONE person And Sole Provider for my family. Im trying to get my Process going so I CAN get BACK home.
- I also meed To get My Discovery so I can have Someone help me with mycase.

Dear kim. c freter

Help. me Please (No 23CR3007)

(2)

સન્માનીય :- Judge Steven McGlynn

(સર) હું Nirav Patel મારા થી અજાણતામાં પણ આ ગુનો થયો છે અને હુ એ ગુના ની માફી માંગવા માગુ છુ અને જણાવવા માગુ છુ કે મારા ખરાબ સમય ખરાબ પરિસ્થીતી તથા મારી મજબુરી ના કારણે મારાથી અજાણતામાં પણ આ ગુનાહીત કાર્ય થયુ છે. મારે મારા તથા મારા પરિવારના ભરણ પોષણ કરવા મારા માતા પિતા ના દવા તથા તેમની સારવાર કરાવવા મારા બાળકોની સ્કુલફી તથા શિક્ષણ તથા તેમના ભરણ પોષણ માટે

(સર) આ સંપુર્ણ વર્ષ દરમ્યાન મારી પાસે કામ ના હોવાથી મારી તથા મારા પરિવાર ના જીવન જરૂરિયાત ને પોહચી ના વળવાના કારણે મારાથી આ ગુનો થયો છે.

(સર) તેના માટે હુ હ્રદયથી આ દેશ આ દેશ ના સંવિધાન તથા આપ સરવે ની માફી માગવા માગુ છુ હુ ઈશ્વરની હાજરીમા માફી માગવા માગુ છુ અને વિનંતી કરવા માગુ છુ કે એક વાર મને ઈમાનદારીથી કામ કરવા તથા મારી સજા માફ કરવા વિનંતી કરૂ છુ

(સર) મારે મારી સંપૂર્ણ વાત રજુ કરવી છે. મને નવ મહિના જેલમા ~~થઈ~~ થઈ ચુક્યા છે. પણ હજુ સુધી મને કોર્ટમા હાજર કરવામાં નથી આવ્યો.

(સર) મને નવ મહીના થઈ ચુક્યા છે. પણ હજુ સુધી મારા વકીલ મારી સાથે મારા કેશ ને લઈ ને એક પણ વાર મારી સાથે કોઈ પણ પ્રકારની ચર્ચા વિચારણા કરવા ના મારો સંપર્ક કર્યો છે. કે ના મારી સાથે કોઈ પણ પ્રકારની વાત ચિત કરી છે. મે હાલની બહુ વાર તેમને સંપર્ક કરવા પ્રયત્ન કર્યો છે પરન્તુ તેમના તરફથી કોઈ પણ પ્રકારનો સકારાત્મક જવાબ મને મળેલ નથી

(સર) હુ જણાવવા માગુ છુ કે મારા પરિવારમા કમાવવા વાળો હુ માત્ર એક જ છુ હાલ મારા પરિવાર પાસે છેલ્લા એક વર્ષ થી એક પણ રૂપિયા પૈસા નથી મારા પરિવારના ભરણ પોષણ કરવા માટે દયા કરવા

તથા મારી સજા [illegible]

Judge Stephen . P. mcglynn (sir)

Please Help . me (sir)

(૧)

સન્માન્ય :- Judge Steven mcglynn

હું નિરવ બંસીલાલ પટેલ મારા થી અજાણતા માં પણ આ ગુનો થયો છે અને એ ગુના ની માફી માગવા માગુ છુ અને જણાવવા માગુ છુ મારા ખરાબ સમય ખરાબ પરિસ્થીતી તથા મારી મજબુરી હોવાના કારણે મારાથી અજાણતા માં પણ આ ગુનાહીત કાર્ય થયુ છે. મારે રૂપિયાની જરૂર હોવાથી મારાથી આ ગુનાહીત કાર્ય થયુ છે. મારે મારા ઘર નુ ભાડુ ભરવા મારા પરિવારના ભરણ પોષણ કરવા મારા માતાના દવા તથા તેમની સારવાર કરાવવા મારા બાળકો ને સ્કુલ ફી શિક્ષણ તથા તેમના ભરણ પોષણ માટે

આ સમપૂર્ણ વર્ષ દરમ્યાન મારી પાસે કામ ના હોવાના કારણે મારી તથા મારા પરિવાર ના જીવન જરૂરિયાત ને પોહચી ના વળવાથી મારાથી આ ગુનો થયો છે.

(સર) તેના માટે હુ હ્રદયથી આ કોર્ટ આ સંવિધાન તથા આપ સર્વે ની માફી માગવા માગુ છુ હુ ઈશ્વરની હાજરીમા માફી માગવા માગુ છુ અને હુ વિનંતી કરવા માગુ છુ એક વાર મને ઈમાનદારી થી કામ કરવા નો મને મોકો આપવા અને મારી સજા માફ કરવા વિનંતી કરુ છુ.

(સર) અને હુ જણાવવા માગુ છુ કે અત્યારે હાલ મારા પરિવાર પાસે છેલ્લા એક વર્ષ થી એક પણ રૂપિયા પૈસા નથી મારે શુ કરવુ તે મને સમજાતુ નથી મને મારા પરિવારના ભરણ પોષણ માટે દયા કરવા તથા મારી સજા માફ કરવા એક વાર ફરીથી વિનંતી કરુ છુ.

(સર) મારા પરિવારમા કમાવવા વાળો હું માત્ર એક વ્યક્તી જ છુ તો (સર) મારા પરિવાર ઉપર દયા કરી મને માફી આપવા વિનંતી કરૂ છૂ.

Nirav Patel, 1700 E Broadway
Alton, IL, 62002

Stephen P. ~~Steven~~ McGlynn
750, Missouri Ave
East St. louis, 62201

MAIL CLEARED
US MARSHALS

RECEIVED
FEB - 5 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE
© USPS 2019
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC
MIX
Envelope
FSC® C137131