Nirav Patel

05/30/1980

13-30076

Dear Kim Freter,

I'm writing you in concerns of my case. I haven't received a discovery or legal documents of any sort. I've called your law firm and tried reaching out to you but you keep stone-walling me. Can you please contact me as soon as possible and inform me of the progress and status of my case so I can inform my family. At this point I feel that I'm receiving ineffective counseling and I'll truly appreciate if you give me more assistance and communication between client and counsel within my case. Please and Thank you

Client Signature ___Nirav Patel___.

Respectfully Submitted,

Kim Freter

- Ineffective canseling /
- No discovery or legal documents
- Attorney never informed me of the progress of my case. HASn't sent ME Any PAPer WORK
- No Plea negotiation or agreement
- I've called and reached out but I'm being stonewalled
- NO ZOOM VISits to Cummunicate with me
- No Interpreter Contact At All Don't Understand Much English
- My Constitutional Rights ARE being violated
- I'm only ONE Person And Sole Provider for my family. I'm trying to get my Process going so I can get BACK home.
- I also meed To get My Discovery so I can have Some one help me with my case.

Dear   kim. c freter

Please   help. me

( No   23 cR 3007 )

(sir)
united states Embassy Ambassador
for (U.SA) white House 1600 pennsylvania Ave
Noth west washington D.c 20500

Help me  Help me  HeIP me  HeIP me
Please  please  please  Please  Please

my Name  Nirav. B. Patel  I am
Indian  I am gujrati  I am in Jail Alton
City Jail 1700 E Broadway  Alton IL 62002
(9 month)

I have no money  I dont speak Engl
well  I dont Understand English well
my friend Cheating me and I am in
Jail so please  united states Embassy Ambassad
for (U.SA) white House  sir  Recieve This Letter
posicebal to Sent  my Indian Prime minister
Narandar modi sir
it is most important so please Help me.

Help me Please HeIP me Please

HeIP me Please HeIP me Please

HeIP me please (sir)

United states Embssy Ambassador
for (U.S.A.) white House
1600 Pennsylvainia Ave
Noth west washington
D.C 20500

    Please HelP. Me

Help me Help me
Help me

(sir)
                    United States Embassy
Ambassador for India  2107 massachusets
Avenue NW washington DC 2008 (Phone 202 939 7000)

            my Name Nirav B. Patel I am
Indian I am gujrati I am in Jail Alton City
Jail 1700 E. Broadway Alton IL 62002 (9 month)
        I have no money I dont speak English
well I dont Understand English well
            my frind Cheating me and I am in
Jail so please United States Embassy Ambassador
for India sir Recieve This Letter posicebay
to sent my Indian prime ministre
            Narandar modi sir
        it is most important so Please Help me

Please Help me    Please Help me

Please Help me    Please Help me

Please Help me    Please Help me

    Please Help me     (sir)

United States Embassy
Ambassador for India
2107 massachusets
Avenue Nw
washington D.C
20008

please help. me.

(૯)

સન્માન્ય :- Judge Steven Magiynn

હું નિરવ હંસીલાલ પટેલ મારા આ સ્ટ્કમાન તામ પર
આ ગુનો ચર્યો છે અને એ ગુના ની માફી માગવા માગુ છું અને
જણાવવા માગુ છું મારા ખરાબ સમય ખરાબ પરિસ્થિતી તથા મારી મજબૂરી
કુવાળા કારણે મારાથી અજાણતા તામ પર આ ગુનાકિત કાર્ય થયું છે.
મારે રૂપિયાની જરૂર હુવાથી મારાથી આ ગુનાકિત કાર્ય થયું છે. મારે
મારા કુમનું ભાડુ ભરવા મારા પરિવારના ભરણ પોષણ કરવા મારા
માતાના દવા તથા તેમની સારવાર કરવા મારા બાળકો ના સ્કુલ ફી
ફ્રાઇફીણ તથા તેમના ભરણ પોષણ માટે

આ સમ્પૂર્ણ વર્ષ દરમ્યાન મારી પાસે કામના કુવાન
કારણે મારી તથા મારા પરિવાર ના જીવન રૂજીરાત ને પાંઉરી ના
વળવાથી મારાથી આ ગુનો થયો છે.

(સર) જેમાં માટે હું સ્ટ્ચ્થી આ દેશ આ સંવિધાન તથા
આપ સર્વે કિ માફી માગવા માગુ છું હું ઇશ્વરની કાર્યરિષા માફી માગવા
માગુ છું અને હું વિનંતી કરવા માગુ છું એક વાર મને ઇમાનદારી થી
કામ કરવા નો મને મોકો આપવા અને મારી સજા માફ કરવા વિનંતી
કરું છું.

(સર) અને હું જણાવવા માગુ છું કે અત્યારે કાળ મારા પરિવા
પાસે ઘરના એક વાળ થી એક પણ રૂપિયા પૈસા નથી મારે શું કરવું
તે મને સમજાતુ નથી મને મારા પરિવારના ભરણ પોષણા માટે દવા કરવા
તથા મારી સજા માફ કરવા એક વાર ફરીથી વિનંતી કરું છું.

(સર૩) મારા પરિવારમા કમાવવા વાળો હું માત્ર એક વ્યક્તિ જ છું
તો (સર) મારા પરિવાર ઉપર દયા કરી મને માફી આપવા વિનંતી કરું
છું

(2)

સન્માન્ય :- Judge Steven McGlynin

(સર) હું *Nirav Patel* મારા ઘરી અત્યારે તામા પત્ર આ ગુનો ધારણ છું અને હું એ ગુના ની માફી માગવા માગુ છું અને જણાવવા માગુ છું કે મારા ખરાબ સમય ખરાબ પરિસ્થિતી તથા મારી મજબૂરી ના કારણે મારાથી અજાણતા તામા પત્ર આ ગુનાહીત કાર્ય થયુ છે. મારે મારા તથા મારા પરિવારના ખર્ચ ચોખ્ખ કરવા મારા માતા પિતા ના હવા તથા તેમના સારવાર કરાવવા મારા બાળકોની સ્કૂલ ફી તથા શિક્ષણ તથા તેમના ખર્ચ ચોખ્ખર માટે

(સર) આ સંપૂર્ણ વાર્ષ દરખ્યાન મારી પાસે કામ ના કુંવારથી મારી તથા મારા પરિવાર ના જયન જરૂરિયાત ને પાકુ‌મી ના વળગવાના કારણે મારાથી આ ગુનો થયો છે.

(સર) જેના મારે હું રડયથી આ દેશ આ દેશ ના સવિધાન તથા આપ સર્વે ને મારી માગવા માગુ છું હું ઈશ્વર દુજરીમા મારી માગવા માગુ છું અને વિનંતી કરવા માગુ છું કે એક બાર મને ઈમાન દારીથી કામ કરવા તથા મારી સજા માફ કરવા વિનંતી કરૂ છું

(સર) મારે મારી સંપૂર્ણ વાત કહુ કરવી છે. મને નવ મહિના જેમના ____ થઈ ગયા છે. પણ કદુ શુઘટી મને કોઈમા દુજર કરયા નથી આવ્યો

(સર) મને નવ મહિના વર્ષ થયા છે. પણ કદુ બગડી મારા વરી મારી સાથે મારા દેશ ને લઈ ને એક પણ બાર મારી સાથે કોઈ પણ પ્રકરણ અર્ઝમા વિચારણા કરવા ના મારે સંભાવ કર્યો છે. કે ના મારી સાથે કોઈ પણ પ્રકરણ વાત ચીત કરી છે. મેં ઘણી બધી બાર તેમને સંપર્ક કરવા પ્રયતન કર્યો છે પરન્તુ તેમના તરફથી કોઈ પણ પ્રકરનો સમાધાન જવાબમને મળે નથી

(સર) હું જણાવવા માગુ છું કે મારા પરિવારમા કમાવવા વાળો હું માત્ર એક જણ છું હાલ મારા પરિવાર પાસે થોડ્ડા એક વર્ષ થી એક બાર રૂપિયા મેમા નથી મારા પરિવારના ખર્ચ ચોખ્ખલ કરવા માટે હયા કરવા તથા મારી સજા માફ કરવા વિનંતા કરૂ છું

Judge   Steven   mcglynn sir

(No 23cR3007)
Please   Help. me

(૨)

સન્માન્ય :- ભારતના વડાપ્રધાન નરેન્દ્ર મોદી સાહેબ
સન્માન્ય :- ભારત ગુજરાત મુખ્ય પ્રધાન (ગુજરાત રાજ્ય)
        ભુપેન્દ્ર પટેલ સાહેબ.

    ૐ આ પત્ર અત્યન્ત ગંભીર મુદ્દાને લઈને લખી રહ્યો છું
        (ગંભીર)

(સર) ૐ આ પત્ર United States Embassy Ambassador for
India ને લખી રહ્યો છે. Phone : ૨૦૨ ૦૩૫ ૭૦૦૦

    (સર) ૐ નિરવ કંસીલાલ પટેલ ૐ ભારત ગુજરાત અમદાવાદ નો
વતની (રહેવાસી) છું ૐ અત્યારે ભારત અમેરીકાની (U.S.A) ની જેલ
Alton City Jail માં થી લખી રહ્યો છું ૐ છેલ્લા નવ મહીનાથી જેલ મા
છું અને મારી મદદ કરવા વાળુ કોઈ પણ નથી તો સર જો આ પત્ર તમારા
સુધી પહોંચે તો તરત મારો સંપર્ક કરવા અને મને મદદ કરવા ૐ વિનંતા
કરૂ છું

    (સર) ૐ અત્યન્ત ગંભીર મુદ્દો જણાવવા માગુ છું મને આરોપ
        (ગંભીર)
(રાશાનાં) સાથ સંબંધી જેનુ નામ દિનેશ પટેલ (લાલો) છે જે ભારત
અમેરીકાનો રહેવાશી છે (U.S A) દિનેશ પટેલ (લાલો) જે નારાયાનપુરા
(નારનપુરા ગામ) અમદાવાદ (નારનપુરા ગામ રાધા કૃષ્ણ મંદિર ના
આગળના વાસ ના પહેલા મકાન મા રહે છે અત્યારે ભારત તેમના માતા
તથા પિતા ત્યા રહે છે.

    (સર) આ દિનેશ પટેલ ૐ જે ભારત અત્યારના અમેરીકા (U.S.A)
મા રહે છે જે તેના કેટલાક મિત્રો સાથે મળીને અમેરીકા (U.S.A) થી
ભારત મા ડોલર ફુગાવ્રી તથા છેતરપિંડી ના કામ કરે છે. આ દિનેશ પટેલ
જે તેના મિત્ર ભારત પટેલ સાથે મળીને મને (નિરવ કંસીલાલ પટેલ)
અમેરીકાપરા (U.S.A) મા ફસાવી દિધો છે

    (સર) માટુ અને આરટીક્ષ ૨૦૦૨ દિવ્ય લાભકર કલશ સમાચાર
    પત્ર મા મારા ફોટા સાથે છે ડાયલ મહીનામાં

(૩)

(સ૨) મને મારા આ સબંન્ધી અર્ચિંદ્ર દિનેશ પટેલ તેના મિત્ર
ભરત પટેલ કે જે અત્યારે હાલ અમદાવાદ ભાગ આપક રહે છે આ મારા
સંબંન્ધી દિનેશ પટેલ મને ફોન કરી તેના મિત્ર ભરત પટેલ ના ડૉલર રૂપિયા
ખેંચા લેવા મારે જણાવી મને ગાડી ભાડુ આપવાની વાત કરી મારી સાથે
ગુન્હાહીત કાર્ય કરાવીયુ છે

(સ૨) મને (શિવ બંસીલાલ પટેલ) અત્યારે હાલ ક્યારે હું આ
પપ લાખી રહ્યો છું ત્યારે પણ આ સ્ટોરીના કામ જ વિશે જણપક મારી
પાસે માહીતી નથી કૃ પણ હું સામ્પ્રી વાસ્તવિકતા જાણતો નથી મને
સાચો ભાગ આ સ્ટોરીના કામ કાજ શિલ્પ જણપક કાર્યકારી ના હોવાના
કારણે આ દિનેશ પટેલ તથા તેના મિત્ર ભરત કે જે હાલ અમદાવાદ ભાગ
છે તેમના જોડા કામકાજ ને સાકાર મા મને ફસાવી દિધી છે હું હાલ
એક વર્ષ થી જેલમા ધકાઈ ગયો છે હું આ વ્યક્તી કે જે મારા સબંન્ધી
(દિનેશ પટેલ) હોવા ના કારણે માં તેના ઉપર વિશ્વાસ કરી બિલ્કુલ સાચી ટ્રસ્ત
કરી છે હું દિનેશ પટેલ ને ઘણી વાર ફોન મારી ફોન કરું છું છતાં પણ
તે મારો ફોન નો જવાબ આપતો નથી.

(સ૨) હું શિવ બંસીલાલ પટેલ    B/504 આલોક રેસ્સિડેંન્સી
ન્યુરાણીપ    અમદાવાદ ગુજરાત ૦૦૩૮૨૪૭૦
માઝુ પરિવાર અત્યારે હાલ    B/504 AALok Recedency
New Ranip Ahmedabad ગુજરાત૦૦૩૮૨૪૭૦

મા રહે છે. મારા પરિવારમા કમાવવા વાળો હું એક જ વ્યક્તિ છું માઝુ પરિવાર
મારા ઉપર નિર્ભર કરે છે. મારા પરિવારમા મારા માતા પિતા તબ્યા મારી
પત્ની મારા બે બાળકો છે. હાલ એક વર્ષ થી મારા પરિવાર પાસે એક પણ પણ
રૂપિયા પૈસા નથી. અને હું એક વર્ષ થી જેલ મા બંધ છું મારી પાસે રૂપિયા
પૈસા ના હોવાના કારણે હું મજબૂર થઈ ગયો છું અને હું કઈ પણ કરી
શકતો નથી.

(સ૨)    મારી પત્ની નો મોબાઈલ નંબર   +૯૧ ૯૭૨૬૫૭૨૭૫૫ છે.

(૩)

(સર) જો તમને મારો આ સંદેશા પત્ર મળે તો મારૂ સંભરક્ષ
કરવા તથા મારી મદદ કરવા વિનંતી કરૂ છુ

(સર) મને અહીયા વકીલ આપવામાં આવ્યા છે તે પણ મારૂ
વાત સાળળતા નથી તથા મારી સાથે કોઈપણ પ્રમસનો સહિયોગ કરતા
નથી મે તેમને ઘણી બધી વખત મારી વાત સમજાવાના કોશિસ કરી
હતા પણ તે મારી વાત સાળળવા તૈયાર નથી

(સર) મે તેમ ને જણાવ્યુ છે હુ શુ મદદ કરી શકુ આ તમામ લોકોને
પકડવામાં હુ શુ મદદ કરી શકુ આ દેશને હુ જે પણ કહાનો હતો તે મે સંભૂર્ણ
કહાનારી તેમને આપી દિદ્ધી છે. અને મે તે ભણ જણાવ્યુ તમામ પ્રમસરણ
મદદ કરવા તૈયાર છુ (સર) મે મારા કૂ વાર્ષ દરમ્યાન ઉચાઈપાન જેવા
માર્ગનો ઉપયોગ કરીયો નથી કોઈ પણ પ્રમસના ગુનાહીત કર્મ કરીયાનથી

(સર) મે તેમને તે પણ જણાવ્યા પ્રમસ કરીયા છે હુ મિડીયા પ્રેસ
ના માઘયમથી હુ મારા ભારત દેશના વડાપ્રઘાન નરેન્દ્ર મોદી સાઈબ
તથા મારા રાજ્ય ગુજરાત રાજ્ય મુખ્ય પ્રઘાન ભુપેન્દ્ર પટેલ સાઈબ ને
સંદેશો આવ્યા માટે છુ જેથી હુ આ તમામ લોકને મારા રાજ્ય
ગુજરાત અમદાવાદ તથા અમેરીકા (U.S.A) માં કોય તેમને પકડી શકાય
અને તેમને સજા અપાવી શકાય જેથી કરી ને આજળના ભવિષ્યમાં આવા
લોકો કોઈ નિર્દોષ સામાન્ય વ્યક્તિને તથા તેના પરિવારને બરબાદ ના કરી
શકે અને મરવા માટે મજબૂર ના કરી શકે

(સર) હુ આ દાવો કરૂ ને આપણા દેશ રાજ્ય માથી ખોટી
રિતે કામ કરી ડોલર રૂપિયા પૈસા કિ ડ્રગ દ્રશ્યના ઈન્ટરપિડી ના કામ બંધ
કરાવી શકાય અને આપણા દેશનુ નામ જગમ પણ ઉપ્રવી શકાય

(સર) હુ એક ઈસાનદાર મઢુજતી કામદાર છુ મને અને મારા
પરિવારને અત્યારે કાળ તમારી મદદ ની જરૂર છે (સર) જો તમને સાથે
આ પત્ર મળે કે માહીતી મળે તો મને સંભરક્ષ કરી મારી સાથે જો આ ઘળ
ળિ છે. તો સાથે હુ વિસ્તાર પૂર્વક વાત રજુ કરી શકુ

(સર) મને તમારી મદદ ની જરૂ છે

Indian Prime minister
Nurnader modi sir

Please Help me

③

(સર) પણ અફીયા કું એવા ખોટા વહિવટના સંબંધ માં આવી ગયો અને મારાથી આવા ગુનાઈત વહિવટના ગૂના માં સપર અપાઈ ગયો. કું ઈશ્વરન ફ્રાંઈઈ અને સોગાદ ખાઈને જણાવવા માગું કું કે ના મારે અસરાવ્દી ડુગર કે ડુગરો ડોલર કે રૂપિયા પૈસા કમાવવાનો ઉદ્દેશ કદી કે ના કોઈ પણ ગુનાઈત કાર્ય કરવાનો.

(સર૨) કું એક ઈમાનદાર મેગ્નટી વ્યક્તિ છું ને મારા સંપૂર્ણ જીવન દરમ્યાન કમાયેલ પણ એક પણ રૂપિયા પૈસા નો દૂર ઉપયોગ કર્યો નથી મેં કમાવેલ પણ મારી જાત પાછળ એક પણ રૂપિયા પૈસા નો દૂર ઉપયોગ કર્યો નથી (સર) મારા પરિવારમાં મારા માતા પિતા મારી પત્ની તથા મારા બે બાળકો છે કું મારા પરિવારમાં એક માત્ર કમાવવા વાળો વ્યક્તિ છું ને તમામ મારા ઉપર નિર્ભર થ છે. (સર૨) અત્યારે હાલ માં મારા મહત્વના ડોક્ટિપિટલ સારવાર અત્યનત જરૂરીયાત છે. પાસ મારી પાસે રૂપિયા પૈસા ના અભાવે કું તેમાં સારવાર પણ કરાવિ શકું તેમ નથી મારા બે બાળકો ની ફ્લ્ડ વર્ષ નિ સ્કૂલ ફ્રી ભરવાના મારી પાસે રૂપિયા કે પૈસા નથી અત્યારે હાલ મારા ઘરમા દૂધ શાકભાજી તથા ખોરાક લાવવા માટે રૂપિયા કે પૈસા નથી (સર૨) અત્યારે હાલ એવા મજબૂર બની ગયો છું કે મને સમજાતુ નથી કે શું કું અને મારો પરિવાર મારી ઈમાન દારી ની રોજ ગોઝર કરી શકરો.

(સર) છેલ્લા દોઢ વર્ષ દરમ્યાન મેં મારા પરિવારને એક પણ રૂપિયા પૈસા મોકલાવેલ નથી મારા ઘરનો સંસાર પણ મારી પરસેવ લોન ઉપર ચાલે છે ને રૂપિયા પણ છેલ્લા હપ્તાઈ થિ જમ પડે છાપત છે.

(સર૨) કું મારા માટે નહિ પણ મારા પરિવાર ના કારણ થોસે માટે મારી આપવા અને ઈમાન દારીથી કામ કરવા માટે મને ઓછામાં (મોડી) વહ આપવા માટે વિનંતી કરું છું

(૬)

(સર) હવે હું જણાવવા માગુ છુ કે આ આખી ષડ્યંત્ર ઇસ્માયલને કેવી રીતે પકડીને સજા અપાવી શકાય હું કેવી રીતે આ આખી ટોળકીને પકડવામાં આ દેશને મદદરૂપ થઈ શકુ કારણ કે મને આ આખી ટોળકીની વાસ્તવીકતા ની સમજણ પડી ત્યારથી મારા આત્મા ઉપરથી ભાર ઉતર્યો છે અને હું અંદરથી ઉતાવળીયો બની ગયો છુ કેમ જલ્દી થી જલ્દી આ આખી ટોળકીને પકડી શકાય કારણકે આ આખી ટોળકીના લોકો મારી મિટીંગ કરી રૂપિયા પૈસા કમાતા નથી પણ કેટલાય પરિવારને બરબાદ કરી દેશે અને કેટલાય પરિવારને આત્મવિલોપન કરવા મજબુર કર્યા કરશે

કારણ કે મેં પોતે આ વાસ્તવિકતા અનુભવ કરી છે અને મારા પરિવારે પણ બરાબર અનુભવ કરી છે આ ~~~ મહીના દરમ્યાન મારા કે મારા પરિવાર પાસે એક પણ રૂપિયા કે પૈસા નથી મેં અનુભવ કર્યો છે કે જ્યારે તમારા પરિવાર પાસે એક પણ રૂપિયા કે પૈસા ના હોય તો કઈ રીતે આ સમય દરમ્યાન જીવન જીવી શકાય

આથી હું સામાન્ય મારા દરનો મહિનાનો ખર્ચ જણાવુ છુ

(૧) E.M.I. — ૨/૫૦૦૦
(૨) ઇલેક્ટ્રીક બલ — ૪૦૦૦
(૩) રસોઈ ગેસ — ૧૫૦૦
(૪) કરીયાણાનો — ૧૦.૦૦૦
ઘરવખરું - શાકભાજી
(૫) ભાઈબંધ સ્કુલ — ૧૦.૦૦૦
ફી અને ટ્યુશન
(૬) ઘર નોકરાણા — ૧૫૦૦
(૭) માતા પિતા — ૫૦૦૦
દવા તથા પરચુરણ
          ₹૫૦,૦૦૦   મહીનાનો ખર્ચ

હવે દર મહીને આટલા લાખખલ રૂપિયા તમને હોય કઈ રીતે હુલ્લા કરી શકે જ્યારે તમારા પરિવારમાં એકજ વ્યક્તી કમાવવા વાળો હોય ~~~ જે

આ મિત્રર ગ્રામાણા લોકો કરવા મિદ્દા અને ઇમોશનલ
બની મારા જેવા કેરવાય લોકોંને ઉપયોગ કરી સુખ્યા કરે કરવાકે.
આ સંજર્ભ દરમાનો મે અનુભવ કરો છે. જ્યારે આ મહીના દરમ્યા
મારી પત્ની અને કરવા લાગી છે હું ઇવ્વીરીતે દર માસ્વયુ મને સમજણ
નથી પડતી અને તે મને રડવા રડવા કરવા લાગી છે. હું પઈંવ્લા મારા
છે બાળનતે કે આપી મારી બાબુ અને નહી હું મોંન કે પિ આ
જીવનતે દુકાવી બાબુ હું ઇવ્વરમા બિત્તલ વિશ્વાસ કરૂ છું જે ઇમ્બ્બતને
પ્રાર્થના કરી જાવયુ છે કે ઇવ્બર મારી પત્ની તથા મારા પરિવાર ને.
આ સમય દરમાન કિમ્બત અને શાણ્તી આપ કે આવા જમાનના મમારાત્મક
વિચારો થી દૂર ઈ જ્ય રકે.

    અગમ આ આખી દરના સત્ય છે અને આ સ્વરૂબ
આગ્રી લાસ્તવિકતાનો મને બ્રાહાર અનુભવ છે. બ્રહલ કે. ના હું આ
સંજર્ભ ગેગ્રનો હું ભાગીદાર છું કે ના હું આવા લોકોના ગુમિદા છે.
ડોંલ નો હું ભાગીદાર છું કે ના હું આવા લોકોના માનશીકતા નો.
ભાગીદાર કે તેથી આ સમય દરમાન મારા ઉપર જ પ્રતિકૂરલને
રીતિ છે. તે મે બ્રાહાર અનુભવ કરો છે.

    હું આ આખી ગેગ્રને કેવી રીતે સ્વગ સ્વ સ્વપાવી શ્વાય
કરાય કે આવા લોકો આગ્રી ગુન્હેગર નહી પરન્તુ કુલ્ચાર છે. આ લોકો
ન ગાયો કેરવાય પરિવાર ને બ્રાહાબ કરી સુખ્યા દુરે અને કેરવાય પરિવારને
આગ્રમ્બિલોમન કરવા મગ્રમ્બુ કરા દુરે હું આગ્રિ માનશીકિતા. વાળા સ્તોર્બલ
બ્રમ્બાવવા મારગો ગ્રવી નેહી આવી ગેગ્રના લોકોંને હગ્ર જ્હદ્દીવારી
ગ્રહી પ્રમ્બ સ્વાય આવા લોકો. ને હું F.B.I ના ઇઇગ્રામ્બારીયો સવ્વો.
મળ ને અઇરિયા થી અને  મારા  દેશ અને મારા રાજ્યમાવી પ્રમ્બ્બી હેવી
રીતે સ્વગ સ્વપાવી શ્વાય કરાય કે આવા દુચ્ચાર લોકો ને બ્રમ્બ કરો.
તો ઇરિમી આ લોકો કેરવાય પરિવારને બ્રાહાબ કરો મારો હોંઇ પ્રત્ય
આ લોકો બ્રમ્બવા ના નેહી રે.
અગમેગોગ્રમા આ

૩

(૨૨) હું વચન આપું છું કે આવા વ્યક્તિ ઓને પકડવા તથા સજા અપાવવા મારે મારાથી બનશે તેવધો સહિયોગ આપવા તથા જયારે મારી જરૂરિયાત હોયત્યા મારો ઉપિયોગ કરવા તથા મારૂ સૌ હર સંસ્થા ચાંળ્ગદાન આપવા વચન આપું છું અને વચન આપું છું કે (૨૩) વર્તે જે વિશ્વાસ મારા ઉપર શખશો ને વિશ્વાસને હું જયારેય પાત્ર તુરવા નહીં હોઈ. હું નિશ્ર પટેલ છું કે મે આ ઈશાનુ અળન બ્યાહ્યુ છે. તેના સપત લઈને જણાવું છું આ. યોગ્યને પકડવા માટે મારો જાવ બાન આપવો પડશે તો પણ હું જરાયપણ સન્કોચ નહીં કરૂ

(૨૪) (૨૫) હું નિશ્ર પટેલ આ ઈશાના કાનૂન આ ઈશાર સંવિધાર તથા આ નિ બંધાળણ મારી માનૂ છું અને આપ સર્વે કિન્તિ મારી માનૂ નિ ને વિનંતી કરૂ છું કે મળે. એક. વાર માફ કરશો.

Judge   Steven   mcglynn   sir

Indian   Prime   minister
Narhuder   modi   sir

Please   Help   me   (No 23CR3007)

૧

ૐ શ્રી ગણેશાય નમઃ

સન્માન્ય :- જ સર/મેડમ

સન્માન્ય :- સરકારી વકિલ સરશ/મેડમ

સન્માન્ય :- વકિલ સરશ/મેડમ

(તથા) સન્માન્ય અહી ન્યાય મંદિરમાં ઉપસ્થિત તમામ બુદ્ધીજીવી હું નિરવ પટેલ આપ શ્રી બધ્ધાને મારા પ્રણામ કરુ છુ તથા બધ્ધાની માફી માગુ છુ

હું નિરવ પટેલ ઈલ્યાન ઈલાઈની મારા ધર્મ ગ્રન્થ ગીતાના ની શૌગદ ખાઈને જણાવવા માગુ છુ કે મારા ઉપર જે હેતથી ડૉલર કે રૂપિયા પૈસા ઈકાવવા માટે ને આરોપ લગાવવામાં આવેલ છે. તેને હું નકારુ છુ. કા હું જણાવવા માગુ છુ કે નાતો આથિ કોઈપણ જેલ કે વ્યક્તિઓના ડૉલર કે રૂપિયા પૈસા મા ભાગિદાર છુ કે ના હું આથિ જેલ કે વ્યક્તિઓના માલિક્તિત નો ભાગિદાર છુ કે ના જે મારા સંગાત ક્બન દર્શાવ્ય દ્વારેય પણ જુદાત કે વર્તમાનમાં ખોટા રસ્તે કામ કરી ડૉલર કે રૂપિયા પૈસા ઈકાવવા માટે આવા ખોટા વ્યક્તિઓ સાથે મારા સંબંધન છે.

(૨) હું જણાવવા માગુ છુ કે જ્યુબણ હું સામાન્ય વાસ્તવિકતા થી હું આવા કામ છુ કારણ મારા થી ક્યાઈ આવા ગાતલમાં એવા શુદ્ધૂઈલ વ્યક્તિઓના કામમાં સાથ અપાઈ ગયો છે. તે હું સ્વિકારુ છુ

(૩) હું જણાવવા માગુ છુ કે આ કાર્ય ભૂલીત કરવા પાછળ જે વ્યક્તિ છે કે જે મારો સંબંધી મિત્ર છે જેને મને ખોટો વિશ્વાસ આપ્યો મને ખોટ મારગદર્શ આપ્યો મને વિશ્વાસ અપાવ્યો હતો કે આ કામમાં ક્યાય પણ ખોટ નથી હું પણ આ વ્યક્તિ કે જે મારા સંબંધી મિત્ર ના ખાસ મિત્રા છે તેનુ કામ હું પણ કરુ છુ તે કોઈપણ પ્રકારની વકલીફ નઈ થાય. જે મારો સંબંધી મિત્ર હોવાથી મે તેની ઉપર મે જે વિશ્વાસ કર્યા તે મારા જવનની સૌથી મોટી ભૂલ કરી છે.

આજે મારો સંબંધી મિત્ર છે. તેનુ નામ દિનેશ પટેલ છે. તે હાલ મા એટલાન્ટામાં રહે છે. તેનો મોબાઈલ નંબર ૩૦૨ ૧૦૭૦૦ ... તેનો બિજો મોબાઈલ નંબર છે તે મારા મોબાઈલ ફોન મા ...

②

(૧૨) જે મારો સંબંધી મિત્ર કે જે ખોટુ બોલી મને સંધાસામા રાખી મારી સાથે છેતરપિંડી કરી તેના ખરાબ મિત્ર નુ કામ ડરાવવા માટે મને ખોટા રસ્તો બતાવવા મારી સાથે ગુનાહીત કાર્ય કરાવવા પ્રેરીત કરી.

(૧૨) હુ ઈશ્વરના સુગાદ્દ અને મારા પરિવારના શોગદ માગીને જણાવવા માગુ છુ કે ના હુ આ વ્યક્તિ વિશે પહેલા કદાુપણ જાણતો હતો કે ના અત્યારે કદ્ય પણ જાણુ છુ ના હુ આ વ્યક્તિના કામ વિશે મને કાઈપણ ખબર છે અને ના મારી પાસે કુલમા કોઈ પણ જ્ર્કારન માહીતી છે. હુ આ વ્યક્તિને કુક્ત મારા સંબંધી મિત્ર ના ભચ્ચરમથી ઓળખુ છુ આ ના સિવાય આગવ કોઈ પણ જાણકારી મારી પાસે નથી.

(૧૨) આ જે વ્યક્તિ છે કે મારો સંબંધી મિત્ર છે. તેનુ નામ તથા નંબર મે પહેલાથી જ પોલીસ અંહીસર તથા સસ્કરી વ્યક્તિ તથા મારા વ્યકિલ ને જણાબી દિધેલ છે.

(૧૨) હુ કોઈને આનો દોષ આપવા માગતો નથી. મારી સોરી રજ્ છે. મારે પહેલા આ વ્યક્તિ તથા આ વ્યક્તિના કામ વિશે જાણવાની જ્રૂરિયાત ડતી. અને હુ એટલજ જણાવવા માગુ છુ કે આવા ખોટા વ્યક્તિઓને ને ઉત્સાવવામા મને વરાબાર રહ નહ

(૧૨) હુ વચન આપુ છુ કે આવા વ્યક્તિ ઓને પકડવા તથા સજા અપાવવા માટે મારાથી ફેલોપણ સહિયોગ આપવા તથા જ્રૂરિયાત ોય ત્યા મારો ઉપયોગ કરવા હુ મારુ સ્વૈ રહ સંર્ણ્ણ સોહ્યાદ્દન આપવા માટે વચન આપુ છુ અને હુ વચન આપુ છુ કે સર તમે જે વિશ્વાસ મારા પર રાખશો ને વિશ્વાસ ને હુ ક્યારેય પણ તુટવા નહી દઈ.

(૧૨) હુ ઈશ્વરમા સંર્ણ્ણ વિશ્વાસ રાખુ છુ હુ એક મહેનતી ઈમાન દાર વ્યક્તિ છુ મે મારા સંર્ણ્ણ જ્વન દરમ્યાન ક્યારેય પણ કોન્ટર કે રૂપિયા પૈસા આવવા માટે ખોટા માર્ગ કે રસ્તાનો ક્યારેય પણ ઉપયોગ કરીયો નથી અને ક્યારેય મે કોન્ટર કે રૂપિયા પૈસા કમાવવા માટે કોઈજ્ગ પણ માર્ગ ક્યારેય પણ છેતરપિંડી ના માર્ગરાનો ઉપયોગ કરયા નથી. જે ઈમાનદારીથી અને મહેનત કરી રૂપિયા પૈસા કમાવવા અને છે તો મારાથ ... આજ ... છે

Nirav Patel 0863318
1700 E. Broadway
Alton, IL 62002

SAINT LOUIS MO 630

23 FEB 2024 PM 5 L



Stephen
Mcglynn
750 Missouri ave
East St.louis 62201

62201-295499

