11/11/2024

Alton City Jail
1700 E. Broadway
Alton, IL 62002

23-cr-30076-SPM

Honorable Judge Steven McGlynn
650 Missouri Avenue
Ste 910A
East Saint Louis, IL 62201

Dear Honorable Judge McGlynn,

I was encouraged at our meeting a few weeks ago, when you recommended that I should trust my Public Defender to represent me robustly.

However, I am still awaiting receipt of a plea agreement which I have requested numerous times. I have been phoning, leaving voicemails and asking others to call on my behalf, to no avail.

I am ready to sign a plea agreement even though I am innocent of any crime because my family in India is facing severe difficulties. I need to get home as soon as possible. I have no money or assets, both in the USA or in India.

I have now been incarcerated in Alton City Jail for 17 months, and other than the indictment paperwork, I have been presented with no other documentation. What can be done to get a plea agreement executed? Does the Speedy Trial Act apply given the length of my detention thus far?

My mother is very ill and I cannot afford her medical bills. I have not paid my children's school fees for 2 years. I have not paid the mortgage on our family home for 16 months.

Because I'm not very proficient in English, I have asked a fellow inmate to write this letter for me.

Sincerely,

Nirav Patel

NIRAV PATEL



ALTON CITY JAIL
1700 E. BWY
ALTON, IL 62002

SAINT LOUIS MO 63◻

14 NOV 2024 PM 5

Hon. Judge Steven McGlynn
650 Missouri Avenue
Suite G10A
East Saint Louis
IL 62201

62201-295599

RECEIVED
NOV 18 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE