11/21/2024

Alton City Jail
1700 E. Broadway
Alton, IL 62002

Honorable Judge Steven McGlynn
650 Missouri Avenue, Ste G10A
East Saint Louis, IL 62201

Dear Honorable Judge McGlynn,

This letter is following on to my previous communication of Nov. 11th. Yesterday, I spoke with my appointed Public Defender, Ms. Kim Freter. Unfortunately she continues to refuse to send me a plea agreement, which I have requested numerous times.

She has also refused to share ANY evidence with me, which I have requested numerous times. I'm astonished by this lack of process and professionalism. I have been incarcerated at Alton City Jail for 17 MONTHS without being given any evidence, and without any meaningful communication from my counsel, and without any explanation of the charges against me. I believe this is a human rights violation which contravenes United Nations guidelines and rules.

I fail to understand why my 'Public Defender', instead of DEFENDING ME, seems to functioning as an agent of the Prosecution.

I hereby assert my right to a speedy trial as per the SPEEDY TRIAL ACT, and would like this assertion to be noted and recorded by all parties.

PLEASE can we either take this to trial or help me get a plea agreement which I can sign, given that I can only tell the TRUTH? Taxpayers money is being wasted on unconstitutionally detaining me with the intention of forcing me to admit to a crime that I did not commit.

As usual, I am sending all copies of correspondence to/from me to all interested parties, including the media outlets. My apologies for having to escalate this in order to force fairness and justice to be served.

Thank you for your kind attention, Sincerely

Nirav Patel
NIRAV PATEL

CC: KIM FRETER
UNITED NATIONS
MEDIA OUTLETS (VARIOUS)

ALTON CITY JAIL
1700 E. BROADWAY
ALTON, IL 62002

Hon. Judge Steven McGlynn
650 Missouri Avenue
Suite G10A
East Saint Louis
IL 62201

RECEIVED
DEC 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

62201-295501

