IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  23-cr-30076-SPM |
| | ) |
| NIRAV B. PATEL, | ) |
| | ) |
| Defendant. | ) |

MINUTES OF FINAL PRETRIAL CONFERENCE

**PRESIDING:**   Honorable Stephen P. McGlynn, District Judge

**DATE:** January 14, 2025       **TIME:** 9:44 AM – 10:42 AM

**COURT REPORTER:**   Erin Maesrkowski

**COURTROOM DEPUTY:**   Jackie Muckensturm

**COUNSEL FOR GOVERNMENT:** Peter Reed and Steve Weinhoeft, AUSA

**COUNSEL FOR DEFENDANT:** Kim Freter, FPD

---

Interpreter Nina Shah sworn in.

Procedures/scheduling discussed. Anticipated trial time is **4-5** days. Jury Trial will begin on January 21, 2025 **with Jury Selection taking place on Tuesday, January 21, 2025 at 9:15 a.m.** Attorneys shall be present for trial at 9:15 a.m. Twelve (12) jurors and (2) alternates will be selected to try this case. Each side will have three (3) peremptory strikes.

During the final pretrial conference, the Court assessed the status of Defendant Patel's counsel. Defendant Patel made an oral motion to defend himself at trial. The Court discussed the matter of Defendant Patel's self-representation with Defendant's appointed counsel Federal Public Defender Kim Freter. The Court will hold a Faretta Colloquy prior to the start of jury selection on January 21, 2025 to determine if Defendant Patel still wishes to represent himself.

The Government's First (Doc. 44), Second (Doc. 49), Third (Doc. 50), Fourth (Doc. 51), and Fifth (Doc. 67) Motions in Limine were previously GRANTED via written Order (See Doc. 69).

The Government's Sixth Motion in Limine (Doc. 68) is GRANTED. The Court holds that Sergeant Towell is unavailable for trial pursuant to Federal Rule of Evidence 804(a) by virtue of his deployment with the National Guard outside the United States. The matter of whether or not the entire Rule 15 deposition will be played at trial will be resolved prior to jury selection on January 21, 2025.