```
                                                              1

                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF ILLINOIS
                    EAST ST. LOUIS DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             ) Cause No.
  vs.                        ) 3:23-cr-30076-SPM-1
                             ) East St. Louis, IL
NIRAV B. PATEL,              ) January 14, 2025
                             ) 9:44 a.m.
     Defendant.              )


                        Before the
             HONORABLE JUDGE STEPHEN P. MCGYLNN


       TRANSCRIPT OF EXCERPT OF FINAL PRETRIAL HEARING



FOR PLAINTIFF:     Mr. Peter T. Reed
                   Mr. Steven D. Weinhoeft
                   United States Attorney's Office
                   9 Executive Drive
                   Fairview Heights, Illinois  62208
                   peter.reed@usdoj.gov
                   steven.weinhoeft@usdoj.gov


FOR DEFENDANT:     Ms. Kim C. Freter
                   Federal Public Defender's Office
                   650 Missouri Avenue, Suite G10A
                   East St. Louis, Illinois  62201
                   kim_freter@fd.org


INTERPRETER:   Nita Shah


COURT REPORTER: Erin M. Materkowski, RPR, CRR
                erin_materkowski@ilsd.uscourts.gov
                750 Missouri Avenue
                East St. Louis, IL  62201

(Proceedings taken by machine shorthand; transcript
     produced by computer-aided transcription)
```

1           (In open court.)
2           COURTROOM DEPUTY:  Court calls Case No.
3  3:23-cr-30076, the United States of America v.
4  Nirav Patel.  Case is called for a final pretrial
5  hearing.
6           Parties, if you would please introduce
7  yourselves for the record.
8           MR. REED:  Good morning, Judge.  Peter
9  Reed and Steve Weinhoeft for the Government.
10          THE COURT:  Good morning, gentlemen.
11          MS. FRETER:  Good morning, Your Honor.
12 Kim Freter for Mr. Patel, and I apologize, Judge.
13 I was so certain this was on Thursday.  I have a
14 visit even set up with Mr. Patel for this
15 afternoon.  I just apologize.
16          THE COURT:  It happens.  I'm not worried
17 about it.
18          Good morning, Mr. Patel.
19          All right.  We have several Motions in
20 Limine that were filed by the Government.  The last
21 one being filed yesterday seeking to present the
22 deposition testimony of Sergeant Towell,
23 T-o-w-e-l-l, to the jury during trial as he is out
24 of the area or even out of the country on National
25 Guard duty.  Any objection?

1            MS. FRETER:  No, Your Honor.  There was
2    one objection in the course of the deposition that
3    the Government and I were working to resolve, and I
4    think we've got that --
5            MR. REED:  The hearsay objection, I think
6    that maybe you're standing on.  Is that accurate?
7            MS. FRETER:  Yes.
8            MR. REED:  Okay.  There is one objection I
9    thought we had as well; but if you're willing to
10   rule on it today, then we can cut the video, and we
11   won't have to skip back and forth during the
12   course.
13           MS. FRETER:  I have no objection to the
14   deposition being admitted.
15           MR. REED:  It's up to you, Your Honor.  I
16   have the transcript.
17           THE COURT:  Why don't you just give me the
18   transcript.  I'll take a look at it.  Let me know
19   what page it is, and we can take it up before we
20   bring the jury in next week.
21           MR. REED:  Okay.
22           MS. FRETER:  Thank you, Your Honor.
23           COURTROOM DEPUTY:  The interpreter needs
24   sworn.
25           THE COURT:  I'm sorry?

1           COURTROOM DEPUTY:  I need to swear in the
2    interpreter.
3           THE COURT:  Oh, okay.
4           We have to swear in the interpreter, so
5    ma'am.
6           (Interpreter Nita Shah sworn.)
7           THE INTERPRETER:  I do.
8           COURTROOM DEPUTY:  Thank you.
9           THE COURT:  All right.  Does the defense
10   have any Motions in Limine?
11          MS. FRETER:  No, Your Honor.
12          THE COURT:  All right.  I did receive a
13   letter dated January the 8th from the Consulate
14   General of India.  Actually, the letter was
15   addressed to the United States Attorney and was
16   forwarded to our office.
17          The letter reads, in part:  As part of our
18   consular responsibilities, the Consulate General of
19   India in Chicago spoke to Mr. Patel through an
20   online video call arranged by the Alton Police
21   Department.  During the interaction, Mr. Patel
22   expressed dissatisfaction with his current defense
23   attorney and conveyed a request for assistance in
24   securing alternate -- or alternative legal
25   representation.  He claims to have raised this

1    matter with the presiding judge.
2            Counsel, is there a -- have you been
3    informed by anyone, any other attorney, that he or
4    she is going to be entering an appearance on behalf
5    of Mr. Patel in this case?
6            MS. FRETER:  No, Your Honor.
7            THE COURT:  Are you under the impression
8    that Mr. Patel is seeking to have you removed as
9    his counsel in this case?
10           MS. FRETER:  My understanding, Judge, is
11   that we're in the same place that we've been
12   before, that he's unhappy with the choices that
13   I've presented to him but that he does not want a
14   continuance of his trial and that he understands if
15   he gets a new trial, the trial -- or new lawyer,
16   the trial will get pushed back, and so it's the
17   same couple of conversations we've had before.
18           THE COURT:  All right.  The Court has
19   appointed an attorney to assist Mr. Patel.  The
20   Court has appointed the Chief Federal Public
21   Defender for the Southern District of Illinois.
22   She was selected by the district judges of Southern
23   Illinois after a thorough merit selection process,
24   and she was selected because of her demonstrated
25   ability as both a defense lawyer and as someone

1    with the Court the judges felt comfortable would do
2    the best job recruiting and mentoring and helping
3    other assistant federal public defenders that would
4    be in the office.  I've seen nothing in this case
5    or any other case that suggests that there would be
6    reason to be concerned about the quality of the
7    representation of the defendant in this case.  The
8    defendant -- defendant's counsel -- are you death
9    penalty certified?
10           MS. FRETER:  Yes, I am.  I'm learned
11   counsel.
12           THE COURT:  And, in fact, you had a death
13   penalty case before me -- or a death penalty
14   eligible case before me, and she is also defense
15   counsel in RICO litigation and major conspiracy
16   cases.
17           And I have not filed any -- I have not
18   forwarded any response to this letter from the
19   Consulate General of India.
20           Has the Government done anything with
21   respect to this letter?
22           MR. REED:  Judge, we have not sent a
23   response to the Consulate in regard to this letter.
24   We are consulting with our Office of IA, which is
25   the Office of International Affairs, to make sure

1    there is nothing we need to do.
2         THE COURT:  Well, I will direct that a
3    transcript of this part of the proceeding in which
4    I've addressed this letter on the record be
5    forwarded to Mr. Gautam, G-a-u-t-a-m, who is Head
6    of Chancery and the Consul, Consulate General of
7    India.
8         Any objection?
9         MR. REED:  No objection, Judge.
10        MS. FRETER:  No, Your Honor.
11        THE COURT:  All right.
12        (End of excerpt.)
13
14              * * * * * * * * * * * *
15
16             CERTIFICATE OF COURT REPORTER
17
18     I, Erin M. Materkowski, hereby certify that
19   the foregoing is a true and correct excerpt of the
20   transcript from reported proceedings in the
21   above-entitled matter.
22
23   /s/Erin M. Materkowski           Date:  1/15/2025
     ERIN M. MATERKOWSKI, RPR, CRR
24   Official Court Reporter
     Southern District of Illinois
25   East St. Louis Division