IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23-cr-30076-SPM |
| vs. | ) | |
| | ) | |
| NIRAV PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT WITNESS LIST

| 1. | Allison, Danny |
|---|---|
| 2. | Bhatt, Anar |
| 3. | Bryan, Virginia |
| 4. | Endres, Karen |
| 5. | Geltmaker, Kevin |
| 6. | Hardcastle, Ian |
| 7. | Hoyland, Conor |
| 8. | Kaur, Harleen |
| 9. | Kesar, Gurdeep |
| 10. | Lutz, Vonda |
| 11. | Martin, Detective Kody |
| 12. | Seubert, Detective Donald |
| 13. | Sir, Detective Roger |
| 14. | Surmeier, Elizabeth |
| 15. | Towell, Justin |
| 16. | Waid, Matthew |

/s/ *Peter T. Reed*
PETER T. REED
STEVEN D. WEINHOEFT
Assistant United States Attorneys
9 Executive Drive
Fairview Heights, IL  62208
618-628-3700
Peter.Reed@usdoj.gov
ATTORNEYS FOR THE UNITED STATES