IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>   Plaintiff,  <br><br> v.  <br><br> NIRAV PATEL,  <br><br>   Defendant. | Case No. 23-cr-30076-SPM |

# ORDER

**Judge Stephen P. McGlynn:**

Because of the Court's congested calendar, it was necessary to schedule a short lunch break for jurors during this trial. The jury was neither sequestered nor deliberating in the traditional sense, as required for the use of appropriated funds. *See* Guide to Judiciary Policy, vol. 4, ch. 3, sec. 365.60.20(a)(1). The unique safety considerations and lack of a courthouse cafeteria or anywhere to eat within close proximity of the courthouse are compelling reasons for providing lunch. The expenditure clearly benefits the bench and the bar by providing a safe, efficient means of allowing jurors to eat lunch that would otherwise require excessive time.

Accordingly, the jury impaneled and sworn in this case, consisting of 14 jurors, were furnished meals on February 6, 2025. The cost shall be paid from the District Court Fund.

IT IS SO ORDERED:

DATED:   February 6, 2025

*s/Stephen P. McGlynn*
STEPHEN P. MCGLYNN
U.S. District Judge