**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

# MINUTES OF JURY TRIAL

**DATE:** <u>February 7, 2025</u>          **DAY:** <u> 5 </u>          **CASE NO:** <u>23-cr-30076-SPM</u>

**PRESIDING:** <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **REPORTER:** Erin Materkowski |
| **Plaintiff,** | **DEPUTY:** Jackie Muckensturm |
| **v.** | **TIME:**   9:02 AM – 4:36 PM |
| **NIRAV PATEL,** | **JURY PRESENT:** 9:02 AM – 10:24 AM |
| | 10:36 AM – 11:35 AM |
| **Defendant.** | 12:37 PM – 12:51 PM |
| | 1:09 PM – 2:24 PM |
| | 2:32 PM – 3:27 PM |
| | **RECESS:** 10:24 AM – 10:36 AM |
| | 11:35 AM – 12:37 PM |
| | 2:24 PM -   2:32 PM |
| | 3:30 PM – 4:45 PM |

**APPEARANCES:**
Counsel for Government: **Peter Reed and Steve Weinhoeft**
Counsel for Defendant:   **Kim Freter**
Interpreters:   **Nita Shah and Chetan Vyas**

**DEFENDANT(S) WITNESSES:**

**(1)** <u>Nirav Patel            </u>      time: <u>9:02 AM – 10:24 AM; 10:37 AM – 11:35 AM;</u>
                                  <u>12:37 PM – 12:50 PM</u>

**Defendant Rests:**  <u>12:51 p.m.</u>

**Defendant makes an Oral Motion for Judgment of Acquittal. Court DENIES same.**

**FINAL ARGUMENT:**
**Steve Weinhoeft** on behalf of <u>Government</u>
**Kim Freter** on behalf of <u>Defendant</u>
**Peter Reed** on behalf of <u>Government</u>

EVIDENCED CLOSED:  ☒          WITNESSES EXCUSED:  ☒

**MARSHAL SWORN:** ☒

JURY RETIRES: 3:27 PM             JURY RETURNS: 4:27 PM

Verdict given to Court: ☒     Verdict Read: ☒     Jury Polled:  ☒

Verdict:    Verdict in favor of United States of America and against Nirav Patel.

JURY EXCUSED: 4:36 PM

**TRIAL CONCLUDED.**

**EXHIBITS RETURNED:**  ☒