# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## Exhibit List

| Style: USA v. NIRAV PATEL |
|---|

| Case Number: 23-CR-30076-SPM |
|---|

| Presiding Judge:<br>STEPHEN P. MCGLYNN | Plaintiff's Attorney:<br>AUSA Peter Reed<br>AUSA Steven Weinhoeft | Defendant's Attorney:<br>FPD Kim Freter |
|---|---|---|
| Trial Date: 2/3/25 - | Court Reporter:<br>Erin Materkowski | Courtroom Deputy:<br>Jackie Muckensturm |

| Pltf/Govt No. | Deft. No. | Date Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | 2/3/2025 | X | Wire transfer from V.L.'s bank in Indiana to APMEX bank in Oklahoma |
| 2 | | 2/5/2025 | X | V.B. check at Busey Bank sending electronic signal from IL |
| 3 | | 2/5/2025 | X | V.B. withdrawal at U.S. Bank sending electronic signal from IL |
| 4 | | 2/6/2025 | X | Immigration search return showing no record of legal entry |
| 5 | | 2/6/2025 | X | Recording of Patel's interview with HSI in June 2023. |
| 6 | | 2/6/2025 | X | Translation of Patel's interview with HSI in June 2023. |
| 7 | | | | [RESERVED] |
| 8 | | | | [RESERVED] |
| 9 | | | | [RESERVED] |
| 10 | | | | [RESERVED] |
| 11 | | | | [RESERVED] |
| 12 | | | | [RESERVED] |
| 13 | | | | [RESERVED] |
| 14 | | | | [RESERVED] |
| 15 | | | | [RESERVED] |
| 16 | | | | [RESERVED] |
| 17 | | | | [RESERVED] |
| 18 | | | | [RESERVED] |

| | | | | |
|---|---|---|---|---|
| 19 | | | | [RESERVED] |
| 20 | | 2/3/2025 | X | Photo of Christina Place |
| 21 | | | | Financial records for victim V.L. from First Merchants Bank |
| 22 | | | | Shipping records for victim V.L. from UPS |
| 23 | | 2/3/2025 | X | Records for victim V.L. from gold company APMEX |
| 24 | | 2/3/2025 | X | UPS receipts from victim V.L. |
| 25 | | | | First Merchant receipts from victim V.L. |
| 26 | | 2/3/2025 | X | Return of money, Kentucky, to victim V.L. |
| 27 | | | | Handwritten notes of victim V.L. |
| 28 | | 2/3/2025 | X | Photos of first UPS package sent by victim V.L. and intercepted in Kentucky. |
| 29 | | | | [RESERVED] |
| 30 | | | | [RESERVED] |
| 31 | | | | [RESERVED] |
| 32 | | | | [RESERVED] |
| 33 | | | | [RESERVED] |
| 34 | | | | [RESERVED] |
| 35 | | | | [RESERVED] |
| 36 | | | | [RESERVED] |
| 37 | | | | [RESERVED] |
| 38 | | | | [RESERVED] |
| 39 | | | | [RESERVED] |
| 40 | | | | [RESERVED] |
| 41 | | 2/4/2025 | X | Financial records for victim K.E. from Park City Credit Union |
| 42 | | 2/4/2025 | X | Financial records for victim K.E. from Nicolet Bank |
| 43 | | 2/4/2025 | X | Victim K.E. photos of box from first WI pick up. |
| 44 | | | | [RESERVED] |
| 45 | | 2/4/2025 | X | Fake Government Document sent to K.E. |
| 46 | | 2/4/2025 | X | Additional Fake Government Document sent to K.E. |
| 47 | | 2/4/2025 | X | Driver's License of Nirav Patel from WI stop ("Endres9.jpg") |
| 48 | | | | Patel's WI Phone: photos taken at traffic stop. |
| 49 | | 2/4/2025 | X | Dashcam video of WI stop. |
| 50 | | 2/4/2025 | X | Map overhead of K.E.'s address 312 E. 6th Street, Merrill WI 54452 |
| 51 | | 2/4/2025 | X | Google Translate Photos |
| 52 | | | | [RESERVED] |
| 53 | | | | [RESERVED] |

| | | | | |
|---|---|---|---|---|
| 54 | | | | [RESERVED] |
| 55 | | | | [RESERVED] |
| 56 | | | | [RESERVED] |
| 57 | | | | [RESERVED] |
| 58 | | | | [RESERVED] |
| 59 | | | | [RESERVED] |
| 60 | | | | [RESERVED] |
| 61 | | 2/5/2025 | X | Financial records for V.B. from Busey Bank. |
| 62 | | 2/5/2025 | X | Financial records for V.B. from J.P Morgan Chase Bank. |
| 63 | | 2/5/2025 | X | Financial records for V.B. from U.S. Bank. |
| 64 | | | | [RESERVED] |
| 65 | | 2/5/2025 | X | Fake government documents sent to V.B. |
| 66 | | 2/5/2025 | X | Photos of box and currency on April 20, 2023. |
| 67 | | 2/5/2025 | X | Photos of Patel vehicle after April 20, 2023 stop. |
| 68 | | 2/5/2025 | X | Dash cam video of Patel stop in IL on April 20, 2023. |
| 69 | | | | Recording of Patel Interview in Edwardsville, April 20, 2023 |
| 70 | | 2/6/2025 | X | Video of Patel at Phillips 66 in Edwardsville on April 10, 2023 (gas pump camera) |
| 71 | | 2/6/2025 | X | Video of Patel at Phillips 66 in Edwardsville on April 10, 2023 (front door camera) |
| 72 | | 2/6/2025 | X | Video of Patel at Phillips 66 in Edwardsville on April 10, 2023 (register three camera) |
| 73 | | 2/5/2025 | X | Victim V.B.'s phone calls and messages with scammers and with Coinhub. |
| 74 | | 2/5/2025 | X | Summary Chart re: Victim V.B. |
| 75 | | | | [RESERVED] |
| 76 | | | | [RESERVED] |
| 77 | | | | [RESERVED] |
| 78 | | 2/4/2025 | X | Patel's Wisconsin phone: Canadian Visa Application |
| 79 | | 2/4/2025 | X | Translation of WhatsApp Messages 1: Patel and KKT (905-437-0138) from Patel's WI phone. |
| 80 | | 2/4/2025 | X | Whats App Messages 1: Patel and KKT (905-437-0138) from Patel's WI phone. |
| 81 | | 2/4/2025 | X | Attachment: 3e914b80-c681-4f86-84ff-c3f54c0a94fa.jpg (map screenshot) from Patel's phone) |
| 82 | | 2/4/2025 | X | Attachment: 27957038-d24d-460c-adc9-a1daafd14073.jpg (photo in car) from Patel's Phone |

| 83 |  | 2/4/2025 | X | Attachment: 5c8a0781-549a-4f02-91f5-085668309451.jpg (map screenshot) from Patel's phone |
| --- | --- | --- | --- | --- |
| 84 |  | 2/4/2025 | X | WhatsApp Messages: Patel and Danny |
| 85 |  | 2/5/2025 | X | Translation of WhatsApp Messages: Patel and Danny |
| 86 |  | 2/4/2025 | X | Whats App Messages: Patel, Danny, KKT, and Pablo |
| 87 |  | 2/4/2025 | X | WhatsApp calls between Patel, KKT, and Pablo. |
| 88 |  | 2/4/2025 | X | WhatsApp calls between Patel and Danny. |
| 89 |  | 2/4/2025 | X | First Wisconsin pick up: IMG_0346 (map screenshot) from Patel's WI phone |
| 90 |  | 2/4/2025 | X | First Wisconsin pick up:IMG_0347 (map screenshot) from Patel's WI phone |
| 91 |  | 2/4/2025 | X | First Wisconsin pick up:IMG_0348 (map screenshot) from Patel's WI phone |
| 92 |  | 2/4/2025 | X | First Wisconsin pick up:IMG_0349 (map screenshot) from Patel's WI phone |
| 93 |  | 2/4/2025 | X | First Wisconsin pick up: IMG_0350 (on scene photo) from Patel's WI phone |
| 94 |  | 2/4/2025 | X | First Wisconsin pick up: IMG_0351 (photo of box in vehicle) from Patel's WI phone |
| 95 |  | 2/4/2025 | X | First Wisconsin pick up: IMG_0351 (video of package after pick up) from Patel's WI phone |
| 96 |  | 2/4/2025 | X | File data for IMG_0351 |
| 97 |  | 2/4/2025 | X | Map of location for IMG_0351 |
| 98 |  | 2/4/2025 | X | WhatsApp Messsages: "Nirav India" to Patel |
| 99 |  | 2/4/225 | X | First Indiana pick up: photo of paper showing V.L.'s address from Patel's WI phone |
| 100 |  | 2/4/2025 | X | First Indiana pick up: IMG_0352 (map screenshot) from Patel's WI phone |
| 101 |  | 2/4/2025 | X | First Indiana pick up: IMG_0354 (map screenshot) from Patel's WI phone |
| 102 |  | 2/4/2025 | X | First Indiana pick up: IMG_0356 (map screenshot) from Patel's WI phone |
| 103 |  | 2/4/2025 | X | First Indiana pick up: IMG_0357 (picture at Christina House) from Patel's WI phone |
| 104 |  | 2/4/2025 | X | First Indiana pick up: IMG_0358 (picture at Christina House) from Patel's WI phone |
| 105 |  | 2/4/2025 | X | First Indiana pick up: IMG_0359 (picture of box) from Patel's WI phone |
| 106 |  | 2/4/2025 | X | First Indiana pick up: IMG_0359 (video of package after pick up) from Patel's WI phone |
| 107 |  |  |  | [RESERVED] |

| 108 | | 2/4/2025 | X | Map of location for IMG_0359 |
|---|---|---|---|---|
| 109 | | 2/4/2025 | X | First Indiana pick up: IMG_0360 from Patel's WI phone |
| 110 | | 2/4/2025 | X | First Indiana pick up: IMG_0361 from Patel's WI phone |
| 111 | | 2/4/2025 | X | First Indiana pick up: IMG_0362 from Patel's WI phone |
| 112 | | 2/4/2025 | X | First Indiana pick up: IMG_0363 from Patel's WI phone |
| 113 | | 2/4/2025 | X | First Indiana pick up: IMG_0364 from Patel's WI phone |
| 114 | | 2/4/2025 | X | Second Indiana pick up: IMG_0367 from Patel's WI phone |
| 115 | | 2/4/2025 | X | Second Indiana pick up: IMG_0371 from Patel's WI phone |
| 116 | | 2/4/2025 | X | Second Indiana pick up: IMG_0372 (photo at Christina House) from Patel's WI phone |
| 117 | | 2/4/2025 | X | Second Indiana pick up: IMG_0373 from Patel's WI phone |
| 118 | | 2/4/2025 | X | Second Indiana pick up: IMG_0374 (photo of package) from Patel's WI phone |
| 119 | | 2/4/2025 | X | Second Indiana pick up: IMG_0374 (video of package in vehicle) from Patel's WI phone |
| 120 | | | | [RESERVED] |
| 121 | | 2/4/2025 | X | Map of location for IMG_0374 |
| 122 | | 2/4/2025 | X | Whats App Messages 2: Patel and Danny |
| 123 | | | | Attachment: VIDEO-2022-12-01-10-10-10.mp4 |
| 124 | | 2/4/2025 | X | Second Indiana pick up: IMG_0375 from Patel's WI phone |
| 125 | | 2/4/2025 | X | Second WI pick up: IMG_0376 (map screenshot) from Patel's WI phone |
| 126 | | | | [RESERVED] |
| 127 | | | | [RESERVED] |
| 128 | | | | [RESERVED] |
| 129 | | | | [RESERVED] |
| 130 | | | | 8,228,227.91 rupees to us dollars |
| 131 | | | | Photo re: Patel Possession of Firearm |
| 132 | | | | US Bank Statement 2545 |
| 133 | | | | [RESERVED] |
| 134 | | | | [RESERVED] |
| 135 | | | | [RESERVED] |
| 136 | | | | [RESERVED] |
| 137 | | | | [RESERVED] |

| | | | | |
|---|---|---|---|---|
| 138 | | | | [RESERVED] |
| 139 | | | | [RESERVED] |
| 140 | | | | [RESERVED] |
| 141 | | | | [RESERVED] |
| 142 | | | | [RESERVED] |
| 143 | | | | [RESERVED] |
| 144 | | | | [RESERVED] |
| 145 | | | | [RESERVED] |
| 146 | | | | [RESERVED] |
| 147 | | | | [RESERVED] |
| 148 | | | | [RESERVED] |
| 149 | | | | [RESERVED] |
| 150 | | | | [RESERVED] |
| 151 | | 2/6/2025 | X | Patel's IL Iphone: April 10, 2023 photo of map to Edwardsville. |
| 152 | | 2/6/2025 | X | Patel's IL Iphone: April 10 photo showing Patel on his way to Edwardsville. |
| 153 | | 2/6/2025 | X | Patel's IL Iphone: April 10 photo #1 of Bryan's box in Patel's vehicle. |
| 154 | | 2/6/2025 | X | Patel's IL IPhone: April 10 photo #2 of Bryan's box in Patel's vehicle. |
| 155 | | 2/6/2025 | X | Patel's IL Iphone: April 10 photo #3 of Bryan's Box in Patel's Vehicle. |
| 156 | | 2/6/2025 | X | Patel's IL Iphone: April 10 video of Bryan's Box in Patel's Vehicle. |
| 157 | | 2/6/2025 | X | Metadata for Exhibit 156. |
| 158 | | 2/6/2025 | X | Patel's IL Iphone: April 11 picture of dollar bill. |
| 159 | | 2/6/2025 | X | Patel's IL Iphone: April 20 picture of directions to Edwardsville. |
| 160 | | 2/6/2025 | X | Patel's IL Iphone: April 20 picture showing Patel on his way to Edwardsville. |
| 161 | | 2/6/2025 | X | Patel's IL Iphone: Call Data |
| 162 | | 2/6/2025 | X | Patel's IL Iphone: Apple Maps Data. |
| 163 | | | | [RESERVED] |
| 164 | | 2/6/2025 | X | Patel's IL Android phone: Call Data |
| 165 | | 2/6/2025 | X | Patel's IL Android phone: Contacts |
| 166 | | 2/6/2025 | X | Summary Chart of communications from Patel's IL phones. |
| 167 | | | | [RESERVED] |
| 168 | | | | [RESERVED] |
| 169 | | | | [RESERVED] |
| 170 | | | | [RESERVED] |