IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NIRAV B. PATEL,

    Defendant.

Case No. 23-CR-30076-SPM

## VERDICT

We, the Jury, find the following with respect to Defendant **NIRAV B. PATEL**:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| Count One: | ✓ | |
| Count Two: | ✓ | |
| Count Three: | ✓ | |
| Count Four: | ✓ | |
| Count Five: | ✓ | |