Hon. Judge Steven McGlynn
650 Missouri Avenue
Suite G10A
East Saint Louis, IL 62201

23-cr-30076-SPM

14th February 2025

My sincere apologies for bothering you once again. From the bottom of my heart, and probably for the last time, I wish to convey some points with honesty and candor, because I believe you to be a fair person.

If I had not proceeded with the trial, I would never have learned the narrative of the prosecution. I have been in the dark about supposedly happened for almost 3 years. I DO NOT KNOW the person or persons who are behind this crime.

As God is my witness, I have only told the truth to my lawyer, to you Your Honor and in the Courtroom. I remain ready and willing to offer my assistance to the Government with regard to bringing the right people to Justice.

After fighting for life for 2 years, without medicine or treatment, my mother passed away on 27th December, 2024. I just found out about this today because I do not have sufficient funds to even make phone calls with my family.

I fully admit that I am in the U.S.A. illegally and for that I am indeed very remorseful. I have not committed any other crime except the crime of illegal entry to the country. Please allow me to return to my wife, my children and my elderly father.

Sincerely  Nirav Patel

NIRAV PATEL

## We matter to God.

\* What on Earth Am I Here for?

\* I am your Creator you were in my care even before you were born.

\* Why was I born? was it only to have trouble and sorrow to end my life in disgrace

\* We were made by God and for God's purposes and until My understand that life will never make sense

\* The Lord has made everything for his own purpose

\* Long before [God] laid ~~had~~ down earth's foundations he had us in mind had settled on us as the focus of his love.

\* My work all seems so useless I have spent ~~my~~ My strength for nothing and to no purpose at all

\* I am not an accident There are accidental parents but there are no accidental births There are illegitimate parents but there are no illegitimate children There are unplanned pregnancies but there are no unpurposed people. God wanted me in this world

I am not an accident

\* We [God] saw me before I was born and scheduled each day was recorded in my book.

\* His Plans endure forever his purpose last eternally

\* Why did you create us? for nothing?

\* The only way to know my purpose is to ask my creator.

\* knowing God results in every other kind of understanding

- \* for everything absolutely everything above and below visible and invisible ....... everything got started in him and finds it's purpose in him
- \* Life is not about me it's all about God
- \* It's In christ that we find out who we are and what we are living for ....... Part of the overall purpose he is working out in everything and everyone.
- \* It makes no difference who I am or where I am from if I want God and are rady to do as he says the door is open.

- \* God created me to love me and all people.
- \* I first hear about God's love me
- \* I was made to last forever
- \* I am encouraged puzzled disappinted. supprised
- \* I find my Purpose in God
- \* I embark on this journey of discovery
- \* I am redy are to explore the truth about God's purpose for my life
- \* Life is not about me it's all about God.
- \* me [God] created everything and it is for my pleasure that they exist and created
- \* His plans endure foreven his purposes last etrnally
- \* Life is Preparation for eternity
- \* Why did Joy create us ? for nothing -
- \* knowin God results in every other kind of understanding

- Give myselves completely to God sine me have been given new life
- The greatest way to express my love to God is by giving my life to him
- We love him because he fist loved us.
- I have looked deep Into my heart Lord and me know all about me I know when I am resting or when I am working me notice everything I do and everywhere I go.
- Set my minds on things above not on earthly things
- find a quiet secluded place in only Jail in my all life in fist time I wont be tempted to roleplay before God. Just be there as simply and honestly as me can manage The focus will shift from me to God and my will begin.
- I develop constant conversation wit god worship him continu
- I [Lord] will keep in perfect peace all who trust in me all whose thoughts are fited on me.
- Whe I fit my thoughts on God. God will fit my thoughts
- Whatever you do work at it with all my heart as though me were working for the lord and not for people
- It's ont what I do that matters It's who I do it four
- Worship is expressing my affection to God focusing my attention on God and using my abillities for God.
- Take I am everyday ordinary life I am sleeping eating life going to - work and walking - around life - and place it before God us.

✱ I am giving a new commandment. love each other Just as I have loved me I Should love each other I am love one another will prove to the world that I am disciples God.

(1) My mother did not die a natural death. She was murdered. She died 27th Dec 2024. I was notified on 14th Feb 2025, because I don't have any money to make a phone call.

(2) — _____

(3) The people responsible for my mother's death were the prosecutor and the 3 elderly ladies and the person who committed the fraud. Who will get justice for my mother?
In the same way that the prosecutor ~~persuaded~~ fooled the jury into believe that I defrauded those 3 elderly ladies, ~~I would like to~~ it needs to be known that the prosecutor similarly murdered my mother.

Many times I have said that my mother needed hospital medical attn. I do not have any money. For 2 years, without any medicine or treatment my mother has been fighting for her life. This is not a natural death. This was a murder.

Many times I have offered my services to the Govt, but they have refused to listen. And they have to catch a single culprit. Because of the Govt's inaction, these fraudsters are still free + able to continue their criminal activities.

The police officer didn't keep a recording of my hours of phone calls between the elderly ladies + the fraudsters.

(4) I did not steal from these elderly ladies; I didn't ask them for any money; I didn't have a single phone call c any of them. I do not know these elderly ladies and I do not know the person who the money was intended to go to or $ was being sent to.
I am an honest, hard working man and I do not believe hard work in itself is a crime.

(5) The Police + FBI are standing on a beach, hoping to catch a shark.

The fraudster appears to have cleverly instructed the elderly ladies to do various things, + they seem to have followed those instructions to the letter.

(6) In 2019, in my bank in India, the Prosecutor said that I had $100k, but that bank account is not a dollar account. It is an Indian Rupees account. Meaning that Rs 100k = $8,000 approximately. The Prosecutor has deliberately misled the Jury into believing the amount was in dollars.

(7) I have previously stated my bias that I preferred to have a bench trial, but somehow I ended up c̄ a Jury trial, allowing the Prosecutor to perform theatrical performances knowing that the Jury would be fooled, especially given their portrayal of me as a villainous fraudulent foreigner. How can I possibly receive Justice in this situation?

I need Justice.

Sincerely

Niron Patel.

NIRAV. B. Patel
1700 E BROADWAY
ALTON IL 62002

SAINT LOUIS MO 630
26 MAR 2025 PM 5

Hon. Judge Steven McGlynn
650 Missouri Avenue
Suite G10A
East Saint Louis,
IL 62201

62201-295599

RECEIVED
APR 22 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE