# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

☐ Benton         ☒ East St. Louis         ☐ Video Conference

☐ Contested         ☒ Uncontested

## MINUTES OF DISPOSITION

JUDGE: **Stephen P. McGlynn, U.S. District Judge**

USA v. **NIRAV B. PATEL**          CRIMINAL CASE NO: **23-CR-30076-SPM**

DATE: **May 29, 2025**          TIME: **10:36 AM – 11:37 AM**

REPORTER: **Erin Materkowski**          DEPUTY: **Jackie Muckensturm**

GOVT. COUNSEL: **Peter Reed and Steve Weinhoeft**          DEF. COUNSEL: **Kim Freter, FPD**

Court orders recommendation be placed under separate seal and counsel will <u>not</u> have access to same.

SENTENCE: **To be imprisoned for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873.**

SUPERVISED RELEASE: **No term of Supervised Release is imposed.**

Fine is WAIVED.

Defendant shall pay **RESTITUTION** OF $**438,916.66** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Defendant shall pay a **SPECIAL ASSESSMENT** of $**410.00** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Court finds Defendant's financial condition is such that he is unable to pay costs of incarceration or supervision, and they are WAIVED.

Defendant advised of right to appeal within 14 days.

Defendant remanded to the custody of the USMS.