IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|      Plaintiff,                                 ) | |
|                                                        ) | |
| vs.                                                     ) | No. 3:23CR30076 SPM |
|                                                        ) | |
| NIRAV B. PATEL,                              ) | |
|      Defendant.                          ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nirav Patel appeals to the United States Court of Appeals for the Seventh Circuit from the May 29, 2025 final criminal convictions and sentences after jury verdicts of guilty in the United States District Court for the Southern District of Illinois in Cause 3:23CR30076 SPM at Docs. 86, 91, and 108.

Respectfully submitted,

*/s/Kim C. Freter*_____
Kim C. Freter
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618) 482-9050
Fax:    (618) 482-9057
kim_freter@fd.org

ATTORNEY FOR DEFENDANT PATEL