IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:23CR30076 SPM |
| | ) | |
| NIRAV B. PATEL, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nirav Patel appeals to the United States Court of Appeals for the Seventh Circuit from the May 29, 2025 final criminal convictions and sentences after jury verdicts of guilty in the United States District Court for the Southern District of Illinois in Cause 3:23CR30076 SPM at Docs. 86, 91, and 108.

Respectfully submitted,

*/s/Kim C. Freter*
Kim C. Freter
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618) 482-9050
Fax:    (618) 482-9057
kim_freter@fd.org

ATTORNEY FOR DEFENDANT PATEL

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Dist. Cause No. 3:23CR30076 SPM |
| | ) | |
| NIRAV B. PATEL, | ) | |
| Defendant. | ) | |
| | ) | |

## <u>DOCKETING STATEMENT</u>

COMES NOW Defendant-Appellant, Mr. Nirav Patel, by and through counsel, pursuant to Circuit Rules 3(c)(1) and 28(a) of the Seventh Circuit Rules of Procedure and files his Docketing Statement as follows:

The Government invoked the U.S. District Court for the Southern District of Illinois' jurisdiction under the criminal laws of the United States charging Defendant Mr. Nirav Patel in a Superseding Indictment with one count of violating 18 U.S.C. §§ 2, 1349 (Conspiracy to Commit Wire Fraud), three counts of violating 18 U.S.C. §§ 2, 1343 (Wire Fraud), and one count of violating 8 U.S.C. §§ 1325(a)(2) and 1329 (Illegal Entry). (Doc 39).

Mr. Patel waived arraignment on September 26, 2024, and pleaded not guilty to the charges. (Docs. 47, 54). Mr. Patel persisted in his not guilty pleas and proceeded to jury trial on February 3, through 7, 2025. (Docs. 78; 79; 81; 84; 86). The jury returned verdicts finding Mr. Patel guilty of all five counts in violation of 18 U.S.C. §§ 2, 1343, 1349 and 8 U.S.C. §§ 1325(a)(2) and 1329 on February 7, 2025. (Docs. 86; 91).

Mr. Patel appeared before the District Court on May 29, 2025, for sentencing. (Doc. 106). The District Court sentenced Mr. Patel to a total term of 144 months imprisonment each as to

Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. (Doc. 106). The Court also ordered Mr. Patel's term of imprisonment to run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. (Doc. 106). No term of supervised release was imposed by the Court. (Doc. 106). The Court imposed a special assessment of $410.00, restitution of $438,916.66 and waived any fine. (Doc. 106). The Judgment, Sentence, and Sealed Statement of Reasons was entered on May 29, 2025. (Docs. 108; 109).

Mr. Patel timely filed his Notice of Appeal on May 30, 2025. (Doc 111). The Seventh Circuit Court of Appeals has appellate jurisdiction over this final criminal judgment pursuant to 28 U.S.C. §1291, 18 U.S.C. §3742, and Fed. R. App. P. 4(b). The U.S. District Court for the Southern District of Illinois is located within the jurisdiction of the U.S. Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. §41.

Respectfully submitted,

/s/Kim C. Freter_____
Kim C. Freter
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618) 482-9050
Fax:    (618) 482-9057
kim_freter@fd.org

ATTORNEY FOR DEFENDANT PATEL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: <u>February 7, 2025</u>          DAY: <u>5</u>          CASE NO: <u>23-cr-30076-SPM</u>

PRESIDING: <u>HONORABLE STEPHEN P. MCGLYNN, U.S. District Judge</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | REPORTER: Erin Materkowski |
| Plaintiff, | DEPUTY: Jackie Muckensturm |
| v. | TIME:   9:02 AM – 4:36 PM |
| **NIRAV PATEL,** | JURY PRESENT: 9:02 AM – 10:24 AM |
| Defendant. | 10:36 AM – 11:35 AM |
| | 12:37 PM – 12:51 PM |
| | 1:09 PM – 2:24 PM |
| | 2:32 PM – 3:27 PM |
| | |
| | RECESS: 10:24 AM – 10:36 AM |
| | 11:35 AM – 12:37 PM |
| | 2:24 PM -   2:32 PM |
| | 3:30 PM – 4:45 PM |

<u>APPEARANCES:</u>
Counsel for Government: **Peter Reed and Steve Weinhoeft**
Counsel for Defendant:   **Kim Freter**
Interpreters:   **Nita Shah and Chetan Vyas**

<u>DEFENDANT(S) WITNESSES:</u>

(1) <u>Nirav Patel</u>          time: <u>9:02 AM – 10:24 AM; 10:37 AM – 11:35 AM;</u>
<u>12:37 PM – 12:50 PM</u>

**Defendant Rests:   <u>12:51 p.m.</u>**

**Defendant makes an Oral Motion for Judgment of Acquittal. Court DENIES same.**

<u>FINAL ARGUMENT:</u>
**<u>Steve Weinhoeft</u>** on behalf of <u>Government</u>
**<u>Kim Freter</u>** on behalf of <u>Defendant</u>
**<u>Peter Reed</u>** on behalf of <u>Government</u>

EVIDENCED CLOSED:  ☒        WITNESSES EXCUSED:  ☒

**MARSHAL SWORN:** ☒

JURY RETIRES: 3:27 PM            JURY RETURNS: 4:27 PM

Verdict given to Court: ☒    Verdict Read: ☒      Jury Polled:  ☒

Verdict:    Verdict in favor of United States of America and against Nirav Patel.

JURY EXCUSED: 4:36 PM

**TRIAL CONCLUDED.**

**EXHIBITS RETURNED:**  ☒

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             Case No. 23-CR-30076-SPM

NIRAV B. PATEL,

        Defendant.

## VERDICT

We, the Jury, find the following with respect to Defendant **NIRAV B. PATEL**:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| Count One: | ✓ | _____ |
| Count Two: | ✓ | _____ |
| Count Three: | ✓ | _____ |
| Count Four: | ✓ | _____ |
| Count Five: | ✓ | _____ |

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **23-CR-30076-SPM** |
| | USM Number: **66437-510** |
| **NIRAV B. PATEL** | |
| | **KIM FRETER** |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☒ was found guilty on count(s)   1-5 of the Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1349 | Conspiracy to Commit Wire Fraud | 4/20/2023 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)   ☐ is ☐ are dismissed on the motion of the United States.

☐ No fine   ☐ Forfeiture pursuant to order filed   , included herein.

☐ Forfeiture pursuant to Order of the Court. See page   for specific property details.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Restitution and/or fees may be paid to:
Clerk, U.S. District Court*
750 Missouri Ave.
East St. Louis, IL 62201

*Checks payable to: Clerk, U.S. District Court

May 29, 2025
Date of Imposition of Judgment

Signature of Judge

STEPHEN P. MCGLYNN, U.S. District Judge
Name and Title of Judge

Date Signed: May 29, 2025

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 2 of 6

DEFENDANT: NIRAV B. PATEL
CASE NUMBER: 23-cr-30076-SPM

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1343 | Wire Fraud | 4/20/2023 | 2-4 |
| 8 U.S.C. §1325(a)(2) and 1329 | Illegal Entry | 4/20/2023 | 5 |

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 3 of 6

DEFENDANT: NIRAV B. PATEL
CASE NUMBER: 23-cr-30076-SPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____☐a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 4 of 6

DEFENDANT: NIRAV B. PATEL
CASE NUMBER: 23-cr-30076-SPM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
 **No term of Supervised Release imposed.**

Other than exceptions noted on the record at sentencing, the Court adopts the presentence report in its current form, including the suggested terms and conditions of supervised release and the explanations and justifications therefor.

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page **5** of **6**

DEFENDANT: NIRAV B. PATEL
CASE NUMBER: 23-cr-30076-SPM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $ 410.00 | $ 438,916.66 | $ Waived | $ N/A | $ N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| V.B.<br>2069 Quarry Road<br>O'Fallon, IL 62269 | $101,900.00 | $101,900.00 | |
| K.E.<br>312 E. 6th Street<br>Merrill, WI 54452 | $29,000.00 | $29,000.00 | |
| V.L.<br>2231 Park Avenue<br>Columbus, IN 47201 | $308,016.66 | $308,016.66 | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).
The court determined that the defendant does not have the ability to pay interest and it is ordered that:
☒ the interest requirement is waived for ☐ fine  ☒ restitution.
☐ the interest requirement for ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 6 of 6

DEFENDANT: NIRAV B. PATEL
CASE NUMBER: 23-cr-30076-SPM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A.** ☐ Lump sum payment of $_____ due immediately, balance due
    ☐ not later than _____, or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B.** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below; or

**C.** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a
period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date
of this judgment; or

**D.** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a
period of_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after
release from imprisonment to a term of supervision; or

**E.** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60
days)* after release from imprisonment. The court will set the payment plan based on an assessment
of the defendant's ability to pay at that time; or

**F.** ☒ Special instructions regarding the payment of criminal monetary penalties:
**All criminal monetary penalties are due immediately and payable through the Clerk, U.S. District Court. Having
assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be paid in equal
monthly installments of $50.00 or ten percent of his net monthly income, whichever is greater. The defendant
shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the commencement
of the term of supervised release.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of
criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those
payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are
made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary
penalties imposed.

    ☐    Joint and Several
           Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total
           Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    ☐    The defendant shall pay the cost of prosecution.

    ☐    The defendant shall pay the following court cost(s):

    ☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL,CLOSED,INTERPRETER REQUIRED,TRF

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CRIMINAL DOCKET FOR CASE #: 3:23-cr-30076-SPM-1
## Internal Use Only

Case title: USA v. Patel                                    Date Filed: 06/21/2023

Magistrate judge case number: 3:23-mj-08089-GCS             Date Terminated: 05/29/2025

---

Assigned to: Judge Stephen P. McGlynn

**Defendant (1)**

**Nirav B. Patel**                      represented by   **Kim C. Freter**
*TERMINATED: 05/29/2025*                                 Federal Public Defender's Office - East St.
                                                         Louis
                                                         650 Missouri Avenue
                                                         Suite G10A
                                                         East St. Louis, IL 62201
                                                         618-482-9050
                                                         Fax: 618-482-9057
                                                         Email: kim_freter@fd.org
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Public Defender or*
                                                         *Community Defender Appointment*

                                                         **Brandon Lamar Jackson**
                                                         Federal Public Defender's Office - East St.
                                                         Louis
                                                         650 Missouri Avenue
                                                         Suite G10A
                                                         East St. Louis, IL 62201
                                                         314-399-0175
                                                         Email: ilssd_ecf@fd.org
                                                         *Designation: Public Defender or*
                                                         *Community Defender Appointment*

**Pending Counts**                                       **Disposition**

18:1349 - Conspiracy to Commit Wire                      Defendant is sentenced to the Bureau of
Fraud                                                    Prisons for a total term of 144 months each
(1)                                                      as to Counts 1-4 of the Superseding
                                                         Indictment, to run concurrently, and 3
                                                         months as to Count 5 of the Superseding
                                                         Indictment, to run concurrently. This term of
                                                         imprisonment shall run concurrently with

any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived.

18:2 and 1349 - Conspiracy to Committ Wire Fraud
(1s)

Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived.

18:1343 - Wire Fraud
(2)

Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived.

18:2 and 1343 - Wire Fraud
(2s-4s)

Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived.

8:1325(a)(2) and 1329 - Illegal Entry
(5s)

Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently with

any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| | Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived. |
| 18:1349 - Conspirarcy to Commit Wire Fraud | |

---

**Plaintiff**

| **USA** | represented by | **Peter T. Reed** |
| --- | --- | --- |
| | | U.S. Attorney's Office - Fairview Heights |
| | | 9 Executive Drive |
| | | Fairview Heights, IL 62208 |
| | | 618-628-3700 |
| | | Fax: 618-628-3730 |
| | | Email: peter.reed@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Steven D. Weinhoeft** |
| | | U.S. Attorney - Fairview Heights |
| | | 9 Executive Drive |
| | | Suite 300 |
| | | Fairview Heights, IL 62208 |
| | | 618-628-3700 |

Email: steven.weinhoeft@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Email All Attorneys |

| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2023 | | NOTICE: At the direction of the Judicial Conference of the United States, all plea agreements and sentencing memoranda contain a sealed supplement which is either a statement that there is cooperation, or a statement that there is no cooperation, and, as a result, it is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (cds) [3:23-mj-08089-GCS] (Entered: 06/02/2023) |
| 06/02/2023 | 1 | COMPLAINT as to Nirav B. Patel (1). (cds) [3:23-mj-08089-GCS] (Entered: 06/02/2023) |
| 06/02/2023 | 3 | Arrest Warrant Issued as to Nirav B. Patel (cds) [3:23-mj-08089-GCS] (Entered: 06/02/2023) |
| 06/21/2023 | 4 | INDICTMENT as to Nirav B. Patel (1) count(s) 1, 2. (jlh) (Entered: 06/22/2023) |
| 06/22/2023 | 7 | Arrest Warrant Issued as to Nirav B. Patel (jlh) (Entered: 06/22/2023) |
| 06/29/2023 | | Arrest of Nirav B. Patel in Northern District of Illinois. (clw) (Entered: 07/06/2023) |
| 07/05/2023 | 8 | Rule 5(c)(3) Documents Received from Northern District of Illinois as to Nirav B. Patel (Attachments: # 1 Docket Sheet, # 2 Minutes of Initial Hearing, # 3 Commitment to Another District)(clw) (Entered: 07/06/2023) |
| 07/13/2023 | 9 | Arrest Warrant Returned Executed on 06/24/2023 in case as to Nirav B. Patel. (kdw) (Entered: 07/13/2023) |
| 07/17/2023 | 10 | NOTICE OF HEARING as to Nirav B. Patel. Arraignment set for 7/19/2023 at 2:30 PM in East St. Louis Courthouse before Magistrate Judge Mark A. Beatty. (jmj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/17/2023) |
| 07/17/2023 | | Interpreter Bakhtavar Cyrus Press scheduled for hearing set for 7/19/2023 at 2:30 p.m. as to Nirav B. Patel. (jmj) (Entered: 07/17/2023) |
| 07/19/2023 | 11 | Minute Entry for proceedings held before Magistrate Judge Mark A. Beatty: Initial Appearance and Arraignment as to Nirav B. Patel (1) Count 1,2 held on 7/19/2023. AUSA Peter Reed appears on behalf of the Government. AFPD Kim Freter appears on behalf of the Defendant. Not guilty plea entered. Final Pretrial Conference set for 9/19/2023 at 9:00 AM and Jury Trial set for 9/26/2023 at 9:00 AM both in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erikia Schuster.) (jmj) (Entered: 07/19/2023) |
| 07/19/2023 | 🔒 12 | CJA 23 Financial Affidavit by Nirav B. Patel. (jmj) (Entered: 07/19/2023) |
| 07/19/2023 | 13 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Nirav B. Patel. Signed by Magistrate Judge Mark A. Beatty on 7/19/2023. (jmj) (Entered: 07/19/2023) |

| 07/19/2023 | 14 | ORDER REGARDING PRETRIAL DISCOVERY AND MOTION PRACTICE as to Nirav B. Patel. Signed by Magistrate Judge Mark A. Beatty on 7/19/2023. (jmj) (Entered: 07/19/2023) |
| 07/19/2023 | 15 | Interpreter Usage Report of Initial Appearance and Arraignment held on 7/19/2023 at 2:30 p.m. as to dft/witness Nirav B. Patel (jmj) (Entered: 07/19/2023) |
| 07/20/2023 | 16 | NOTICE OF ATTORNEY APPEARANCE: Brandon Lamar Jackson appointed to represent Nirav B. Patel (Jackson, Brandon) (Entered: 07/20/2023) |
| 07/20/2023 | 17 | NOTICE OF ATTORNEY APPEARANCE: Kim C. Freter appointed to represent Nirav B. Patel (Freter, Kim) (Entered: 07/20/2023) |
| 07/24/2023 | 18 | NOTICE OF HEARING as to Nirav B. Patel. Status Conference set for 7/31/2023 at 1:00 PM in East St. Louis Courthouse before Magistrate Judge Mark A. Beatty. (jmj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/24/2023) |
| 07/24/2023 | | Interpreter Bakhtavar Cyrus Press scheduled for hearing set for 7/31/2023 at 1:00 p.m. as to Nirav B. Patel. (jmj) (Entered: 07/24/2023) |
| 07/26/2023 | 19 | Consent MOTION for Order Governing Discovery by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 07/26/2023) |
| 07/27/2023 | 20 | ORDER: 19 Motion for Consent Order Governing Discovery is GRANTED. Signed by Judge Stephen P. McGlynn on 7/27/2023. (bceb) (Entered: 07/27/2023) |
| 07/31/2023 | 21 | Minute Entry for proceedings held before Magistrate Judge Mark A. Beatty: Status Conference as to Nirav B. Patel held on 7/31/2023. AUSA Peter Reed appears on behalf of the Government. AFPD Kim Freter appears on behalf of the Defendant. Defendant's counsel indicates that it is Defendant's position that he waived his right to a detention hearing at his appearance in the U.S. District Court for the Northern District of Illinois and thus ordered detained (as reflected in the minutes provided by that Court) (See Docs. 8-1, 8-2). No motion is made, or action requested from the Court. The Defendant remains detained pursuant to his waiver and is ordered to remain in custody of USMS. (Court Reporter Erikia Schuster.) (jmj) (Entered: 08/01/2023) |
| 07/31/2023 | 22 | Interpreter Usage Report of Status Conference held on 7/31/2023 as to dft/witness Nirav B. Patel (jmj) (Entered: 08/14/2023) |
| 09/15/2023 | 23 | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 09/15/2023) |
| 09/19/2023 | 24 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel. Jury trial is scheduled to begin on September 26, 2023. By motion filed on September 15, 2023, Defendant seeks to continue the trial. The motion indicates that additional time is needed to afford counsel reasonable time to review discovery, complete investigation, and continue to discuss various factors with the Government that may lead to a possible resolution of this matter. The Government has no objection to the requested continuance of the trial setting. Finding that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion 23 and **CONTINUES TRIAL to 9:00 a.m. on December 5, 2023. The final pretrial conference is set for 9:00 a.m. on November 28, 2023.** The period of delay resulting from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). Signed by Judge Stephen P. McGlynn on |

| | | 9/19/2023. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/19/2023) |
|---|---|---|
| 11/27/2023 | 25 | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 11/27/2023) |
| 11/27/2023 | 26 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel. Jury trial is scheduled to begin on December 5, 2023. By motion filed on November 27, 2023, Defendant seeks to continue the trial. The motion indicates that additional time is necessary to afford counsel reasonable time to review discovery, complete investigation, and to continue to discuss various factors with the Government that may lead to a possible resolution of the matter. The Government has no objection to the requested continuance of the trial setting. Finding that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion 25 and **CONTINUES TRIAL to 9:00 a.m. on January 23, 2024. The final pretrial conference is set for 9:00 a.m. on January 16, 2024.** The period of delay resulting from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). Signed by Judge Stephen P. McGlynn on 11/27/2023. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/27/2023) |
| 01/11/2024 | 27 | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 01/11/2024) |
| 01/11/2024 | 28 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel. Jury trial is scheduled to begin on January 23, 2024. By motion filed on January 11, 2024, Defendant seeks to continue the trial. The motion indicates that additional time is necessary to afford counsel reasonable time to review discovery, complete investigation, and continue to discuss various factors with the Government that may lead to possible resolution of this matter. The Government has no objection to the requested continuance of the trial setting Finding that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion 27 and **CONTINUES TRIAL to 9:00 a.m. on March 19, 2024. The final pretrial conference is set for 9:00 a.m. on March 12, 2024.** The period of delay resulting from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). Signed by Judge Stephen P. McGlynn on 1/11/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/11/2024) |
| 02/05/2024 | 29 | Letter from Nirav Patel. (tkm) (Entered: 02/05/2024) |
| 02/26/2024 | 30 | Letter from Nirav Patel. (tkm) (Entered: 02/26/2024) |
| 03/11/2024 | 31 | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 03/11/2024) |
| 03/11/2024 | 32 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel. Jury trial is scheduled to begin on March 19, 2024. By motion filed on March 11, 2024, Defendant seeks to continue the trial. The motion indicates that additional time is needed as the parties are in conversation regarding possible resolution of this matter but need additional time to complete same. Finding that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion 31 and **CONTINUES TRIAL to 9:00 a.m. on May 14, 2024. The final pretrial conference is set for 9:00 a.m. on May 7, 2024.** The period of delay resulting |

| | | from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). Signed by Judge Stephen P. McGlynn on 3/11/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/11/2024) |
|---|---|---|
| 05/06/2024 | [33](#) | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 05/06/2024) |
| 05/06/2024 | 34 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel: Defendant Patel Motion to Continue Trial and Final Pretrial Conference (Doc. 33) is GRANTED. The final pretrial conference set for May 7, 2024, and jury trial set for May 14, 2024 are VACATED. A change of plea hearing is set for June 18, 2024 at 1:30 P.M., and jury trial is reset for June 25, 2024 at 9:00 A.M. in the East St. Louis Courthouse before Judge Stephen P. McGlynn. The Court finds that a failure to grant the Motion to Continue would likely result in a miscarriage of justice and finds the ends of justice outweighs the best interest of the public and the Defendant in a speedy trial. The time from the date of this Order until the date to which the trial is rescheduled is excludable time for the purposes of calculating speedy trial. Signed by Judge Stephen P. McGlynn on 5/6/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/06/2024) |
| 05/06/2024 | | Interpreter Bakhtavar Cyrus Press scheduled for hearing set for 6/18/2024 at 1:30 PM as to Nirav B. Patel. (jsm2) (Entered: 05/06/2024) |
| 06/18/2024 | 35 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Change of Plea hearing as to Nirav B. Patel held on 6/18/2024. AUSA Peter Reed appears on behalf of the Government. AFPD Kim Freter appears along with Defendant. Court is advised that Defendant has changed his mind with regard to a Change of Plea and wants to proceed to Trial. The Defendant to remain in custody of USMS. (Court Reporter Hannah Jagler.) (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/18/2024) |
| 06/18/2024 | [36](#) | Interpreter Usage Report of Status held on 6/18/2024 as to Defendant Nirav B. Patel. (jsm2) (Entered: 06/18/2024) |
| 06/18/2024 | [37](#) | MOTION to Continue *Trial and Related Dates* by Nirav B. Patel. (Freter, Kim) (Entered: 06/18/2024) |
| 06/21/2024 | 38 | ORDER TO CONTINUE - Ends of Justice as to Nirav B. Patel. Jury trial is scheduled to begin on June 25, 2024. By motion filed on June 18, 2024, Defendant seeks to continue the trial. The motion indicates that additional time is needed to prepare this case for date certain trial. The Government has no objection to the requested motion for continuance of the trial setting. Finding that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion [37](#) and **CONTINUES TRIAL to 9:00 a.m. on October 28, 2024. The final pretrial conference is set for 9:00 a.m. on October 17, 2024.** The period of delay resulting from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). Signed by Judge Stephen P. McGlynn on 6/21/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/21/2024) |
| 08/20/2024 | [39](#) | SUPERSEDING INDICTMENT as to Nirav B. Patel (1) count(s) 1s, 2s-4s, 5s. (jaj) (Entered: 08/21/2024) |

| 08/21/2024 | 42 | Arrest Warrant Issued as to Nirav B. Patel (jaj) (Entered: 08/21/2024) |
|---|---|---|
| 08/22/2024 | 43 | Arrest Warrant Returned Unexecuted as to Nirav B. Patel. (tkm) (Entered: 08/22/2024) |
| 09/09/2024 | 44 | First MOTION in Limine *to allow the admission of co-conspirator statements* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 09/09/2024) |
| 09/13/2024 | 45 | NOTICE *under 902(11) of business records evidence* as to Nirav B. Patel (Reed, Peter) (Entered: 09/13/2024) |
| 09/17/2024 | 46 | NOTICE OF HEARING as to Nirav B. Patel : Arraignment set for 9/30/2024 at 11:00 AM in the East St. Louis Courthouse before Magistrate Judge Gilbert C. Sison. (cds)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/17/2024) |
| 09/19/2024 | | Interpreter Nita Shah scheduled for hearing set for 9/30/2024 at 11:00 am as to Nirav B. Patel. (cds) (Entered: 09/19/2024) |
| 09/26/2024 | 47 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Nirav B. Patel (Freter, Kim) (Entered: 09/26/2024) |
| 09/26/2024 | 48 | NOTICE OF ATTORNEY APPEARANCE Steven D. Weinhoeft appearing for USA. (Weinhoeft, Steven) (Entered: 09/26/2024) |
| 09/26/2024 | 49 | Second MOTION in Limine *to allow the admission of business records* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 09/26/2024) |
| 09/26/2024 | 50 | Third MOTION in Limine *regarding translation issues at trial* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 09/26/2024) |
| 09/26/2024 | 51 | Fourth MOTION in Limine *to allow testimony regarding cell phone extractions* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 09/26/2024) |
| 09/27/2024 | 52 | NOTICE *of Expert Witness Testimony Regarding Cryptocurrency and Blockchain Tracing* as to Nirav B. Patel (Weinhoeft, Steven) (Entered: 09/27/2024) |
| 09/27/2024 | 53 | NOTICE OF CANCELLATION OF HEARING as to Nirav B. Patel : The Arraignment set for 9/30/2024 at 11:00 AM in the East St. Louis Courthouse before Magistrate Judge Gilbert C. Sison is CANCELLED. (cds)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/27/2024) |
| 09/30/2024 | 54 | ORDER : Defendant, Nirav B. Patel, having previously appeared before the United States Magistrate Judge Mark A. Beatty for an initial appearance of the Indictment (Doc. 11), has filed a Waiver of Personal Appearance at Arraignment as to the Superseding Indictment and enters a plea of not guilty as to all charges (Doc. 47). The Court accepts the waiver and enters Defendant's plea of not guilty to the Indictment. Signed by Magistrate Judge Gilbert C. Sison on 9/30/2024. (cds)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/30/2024) |
| 10/11/2024 | 55 | ORDER as to Nirav B. Patel. The Final Pretrial Conference is being converted to a Status Hearing Regarding Counsel on 10/17/2024 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. Signed by Judge Stephen P. McGlynn on 10/11/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/11/2024) |

| 10/16/2024 | | Interpreter Rajnikant Parekh scheduled for hearing set for 10/17/2024 at 9:00 AM as to Nirav B. Patel. (jsm2) (Entered: 10/16/2024) |
|---|---|---|
| 10/17/2024 | 56 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Status Hearing as to Nirav B. Patel held on 10/17/2024. Final Pretrial Conference set for 1/16/2025 at 9:30 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. Jury Trial set for 1/21/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Hannah Jagler.) (jsm2) (Entered: 10/17/2024) |
| 10/28/2024 | 57 | Interpreter Usage Report for Status of Counsel held on 10/17/2024 as to Defendant Nirav Patel. (jsm2) (Entered: 10/28/2024) |
| 11/18/2024 | 58 | Letter from Nirav Patel. (tkm) (Entered: 11/19/2024) |
| 12/03/2024 | 59 | Letter from Nirav Patel. (tkm) (Entered: 12/03/2024) |
| 12/03/2024 | 60 | ORDER: Before the Court is 59 Letter filed by Defendant Nirav B. Patel. In this letter, Defendant Patel states that he asserts his "right to a speedy trial as per the SPEEDY TRIAL ACT, and would like this motion to be noted and recorded by all parties." (*Id.*). He also requests to either "take this to trial or help me get a plea agreement which I can sign, given that I can only tell the truth." (*Id.*). While Defendant Patel was indicted on June 21, 2023 (*see* Doc. 4) and has been awaiting trial since that date, the Court repeatedly found that the ends of justice served by the continuances in this matter clearly outweighed the best interests of the public and Defendant in a speedy trial. (*See* Docs. 24, 26, 28, 32, 34, 38). The Court also notes that this matter is set for trial on a date certain. (*See* Doc. 56). Signed by Judge Stephen P. McGlynn on 12/3/2024. (trf) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/03/2024) |
| 12/03/2024 | 61 | ORDER SETTING CHANGE OF PLEA HEARING as to Nirav B. Patel: Defendant has advised the Court to set this matter for a Change of Plea Hearing. A Change of Plea Hearing as to Nirav B. Patel is SET for **12/17/2024 at 9:00 AM, in** the East St. Louis Courthouse before Judge Stephen P. McGlynn. Signed by Judge Stephen P. McGlynn on 12/3/2024. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/03/2024) |
| 12/04/2024 | | Interpreter Vandana Jhingan scheduled for hearing set for 12/17/2024 at 9:00 AM as to Nirav B. Patel. (jsm2) (Entered: 12/04/2024) |
| 12/17/2024 | 62 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Defendant changed his mind and does not want to plead guilty. Case will proceed with Final Pretrial Conference set for 1/14/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. Jury Trial 1/21/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erin Materkowski.) (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/17/2024) |
| 12/17/2024 | 63 | Interpreter Usage Report of hearing held on 12/17/2024 as to Defendant Nirav B. Patel. (jsm2) (Entered: 12/17/2024) |
| 12/18/2024 | 64 | NOTICE *of Expert Testimony* as to Nirav B. Patel (Reed, Peter) (Entered: 12/18/2024) |
| 12/20/2024 | 65 | Consent MOTION to take Rule 15 Deposition of Sergeant Towell by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 12/20/2024) |

| | | |
|---|---|---|
| 12/20/2024 | 66 | ORDER: Before the Court is 65 Motion for Evidence Deposition filed by the United States. The Government indicates that Defendant's counsel does not oppose the 65 Motion. For the reasons set forth in the Government's 65 Motion, the Court holds that exceptional circumstances and the interest of justice require taking Sgt. Justin Towell's deposition prior to trial in accordance with Federal Rule of Criminal Procedure 15(a). Therefore, 65 Motion for Evidence Deposition is **GRANTED**. Signed by Judge Stephen P. McGlynn on 12/20/2024. (trf) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/20/2024) |
| 01/09/2025 | | Interpreter Nita Shah scheduled for Final Pretrial Conference set for 1/14/2025 at 9:00 AM as to Nirav B. Patel. (jsm2) (Entered: 01/09/2025) |
| 01/11/2025 | 67 | Fifth MOTION in Limine *regarding testimony of Ms. Bhatt* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 01/11/2025) |
| 01/13/2025 | 68 | Sixth MOTION in Limine *regarding admission of Rule 15 deposition* by USA as to Nirav B. Patel. (Reed, Peter) (Entered: 01/13/2025) |
| 01/13/2025 | 69 | ORDER: The 44 First, 49 Second, 50 Third, 51 Fourth, and 67 Fifth Motions in Limine filed by the United States are **GRANTED**. Signed by Judge Stephen P. McGlynn on 1/13/2025. (trf) (Entered: 01/13/2025) |
| 01/14/2025 | 70 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Final Pretrial Conference as to Nirav B. Patel held on 1/14/2025. Peter Reed and Steve Weinhoeft appeared on behalf of the Government. Kim Freter appeared along with Defendant. Nita Shah appeared as the Interpreter. Jury Trial will begin on Tuesday, January 21, 2025. (Court Reporter Erin Materkowski.) (jsm2) (Entered: 01/14/2025) |
| 01/14/2025 | 71 | Interpreter Usage Report of FPTC held on 1/14/2025 as to defendant Nirav B. Patel. (jsm2) (Entered: 01/14/2025) |
| 01/14/2025 | 72 | ORDER: As stated in the 70 Minute Entry for the Final Pretrial Conference, the Government's 68 Sixth Motion in Limine is **GRANTED**. The Court holds that Sergeant Towell is unavailable for trial pursuant to Federal Rule of Evidence 804(a) by virtue of his deployment with the National Guard outside the United States. Signed by Judge Stephen P. McGlynn on 1/14/2025. (trf) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/14/2025) |
| 01/15/2025 | 73 | Transcript of Excerpt of Final Pretrial Hearing as to Nirav B. Patel held on January 14, 2025, before Judge Stephen P. McGlynn. Court Reporter/Transcriber Erin Materkowski, Telephone number (618) 482-9481.<br><br>**NOTICE: Attorneys and unrepresented parties have 7 calendar days to file a Notice of Intent to Request Redaction of this transcript and 21 calendar days to file a Redaction Request. If redactions are not requested, the transcript will be made remotely available to the public without redaction after 90 calendar days. See the full Transcript Policy on the website at https://www.ilsd.uscourts.gov/sites/ilsd/files/TransPolicy.pdf**<br><br>Transcript may be viewed at the public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/5/2025. Redacted Transcript Deadline set for 2/18/2025. Release of Transcript Restriction set for 4/15/2025. (emma) (Entered: 01/15/2025) |

| 01/16/2025 | 74 | WITNESS LIST by USA as to Nirav B. Patel (Reed, Peter) (Entered: 01/16/2025) |
|---|---|---|
| 01/17/2025 | 75 | ORDER SETTING STATUS CONFERENCE: This matter is set for a Telephonic Status Conference on **1/17/2025 at 1:30 PM** before Judge Stephen P. McGlynn. Instructions to join the phone conference are as follows: Call toll free **571-353-2301**, when prompted enter access code **838823934**, when prompted. Signed by Judge Stephen P. McGlynn on 1/17/2025. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/17/2025) |
| 01/17/2025 | 76 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Status Hearing held on 1/17/2025. Peter Reed and Steve Weinhoeft participated on behalf of the Government. Kim Freter participated on behalf of the Defendant. Status conference held to discuss logistical issues associated with obtaining two interpreters for trial in accordance with Authorizing Official requirements. The Court is unable to ensure that two interpreters will be present due to interpreter illness and adverse weather conditions impacting interstate travel. Additionally, Counsel for Defendant indicated that key exhibits will not be translated in time for trial based on translator illness. Counsel for Defendant and Counsel for the Government recommended continuing the trial. The Court finds that the ends of justice served by the continuance clearly outweigh the best interests of the public and Defendant in a speedy trial. This matter will be reset for a Status Conference on **1/23/2025 at 9:00 AM** in the East St. Louis Courthouse before Judge Stephen P. McGlynn. The period of delay resulting from this continuance is excludable and shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). (Court Reporter Erin Materkowski.) (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/17/2025) |
| 01/22/2025 | 77 | ORDER as to Nirav B. Patel: Parties have agreed to a new Jury Trial date which is set to begin on 2/3/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. Therefore, the status hearing set for 1/23/2025 at 9:00 AM is CANCELLED. Signed by Judge Stephen P. McGlynn on 1/22/2025. (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/22/2025) |
| 01/24/2025 | | Interpreters Vandana Jhingan and Nita Shah scheduled for jury trial set to begin 2/3/2025 at 9:00 AM (estimated trial 4-5 days) as to Nirav Patel. (jsm2) (Entered: 01/24/2025) |
| 01/31/2025 | | Interpreters Chetan Vyas and Nita Shah scheduled for jury trial set to begin 2/3/2025 at 9:00 AM (estimated trial 4-5 days) as to Nirav Patel. (jsm2) (Entered: 01/31/2025) |
| 02/03/2025 | 78 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Jury Trial - Day 1 as to Nirav B. Patel held on 2/3/2025. Jury Trial - Day 2 set for 2/4/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn.(Court Reporter Erin Materkowski.) (jsm2) (Entered: 02/03/2025) |
| 02/04/2025 | 79 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Jury Trial as to Nirav B. Patel held on 2/4/2025. Jury Trial - Day 3 set for 2/5/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erin Materkowski.) (jsm2) (Entered: 02/04/2025) |
| 02/04/2025 | 80 | ORDER Furnish Meals to Jury. Signed by Judge Stephen P. McGlynn on 2/4/2025. (jsm2) (Entered: 02/04/2025) |

| 02/05/2025 | 81 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Jury Trial as to Nirav B. Patel held on 2/5/2025. Jury Trial - Day 4 set for 2/6/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erin Materkowski.) (jsm2) (Entered: 02/05/2025) |
|---|---|---|
| 02/05/2025 | 82 | ORDER Furnishing Meals to Jury. Signed by Judge Stephen P. McGlynn on 2/5/2025. (jsm2) (Main Document 82 replaced on 2/10/2025) (jlrr). (Entered: 02/05/2025) |
| 02/05/2025 | 🔒 83 | Sealed Order as to Nirav B. Patel. The Clerk of Court is **DIRECTED** to forward this Sealed Order to the United States Marshals Service. Signed by Judge Stephen P. McGlynn on 2/5/2025. (trf) (Entered: 02/05/2025) |
| 02/06/2025 | 84 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Jury Trial as to Nirav B. Patel held on 2/6/2025. Jury Trial- Day 5 set for 2/7/2025 at 9:00 AM in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erin Materkowski.) (jsm2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/06/2025) |
| 02/06/2025 | 85 | ORDER Furnishing Jury Meals. Signed by Judge Stephen P. McGlynn on 2/6/2025. (jsm2) (Main Document 85 replaced on 2/10/2025) (jlrr). (Entered: 02/06/2025) |
| 02/07/2025 | 86 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Jury Trial Day 6 as to Nirav B. Patel held on 2/7/2025. Guilty verdict was entered. Sentencing set for **5/29/2025 at 10:30 AM** in East St. Louis Courthouse before Judge Stephen P. McGlynn. (Court Reporter Erin Materkowski.) (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 87 | Jury Instructions as to Nirav B. Patel. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 88 | Preliminary Instructions as to Nirav B. Patel. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 89 | EXHIBIT LIST by Nirav B. Patel. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 🔒 90 | *SEALED* Jury Note as to Nirav B. Patel. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 91 | JURY VERDICT as to Nirav B. Patel (1) Guilty on Count 1s - 5s. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 93 | STIPULATION FOR RELEASE OF EXHIBITS. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 94 | ORDER FOR PRESENTENCE PROCEDURE as to Nirav B. Patel. Signed by Judge Stephen P. McGlynn on 2/7/2025. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 95 | ORDER Furnished Jury Meals. Signed by Judge Stephen P. McGlynn on 2/7/2025. (jsm2) (Entered: 02/07/2025) |
| 02/07/2025 | 96 | Interpreter Usage Report for Jury Trial as to defendant Nirav Patel. (jsm2) (Entered: 02/08/2025) |
| 03/21/2025 | | VACATED - Interpreter Vandana Jhingan scheduled for Sentencing hearing on 5/29/2025 at 10:30 AM as to Nirav B. Patel. (jsm2) Modified on 5/27/2025 (jsm2). (Entered: 03/21/2025) |
| 04/22/2025 | 🔒 97 | INITIAL SEALED PRESENTENCE INVESTIGATION REPORT as to Nirav B. Patel. Objections are due within 14 days. (prseg, ) (Entered: 04/22/2025) |
| 04/23/2025 | 98 | Letter from Nirav Patel. (tkm) (Entered: 04/23/2025) |

| 05/06/2025 | 99 | MOTION for Extension of Time *to Files Objections to the Presentence Investigation Report* by Nirav B. Patel. (Freter, Kim) (Entered: 05/06/2025) |
|---|---|---|
| 05/06/2025 | 100 | ORDER: 99 Motion for Extension of Time is **GRANTED**. Defendant Nirav B. Patel shall file his objections to the Presentence Investigation Report no later than May 14, 2025. Signed by Judge Stephen P. McGlynn on 5/6/2025. (trf) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/06/2025) |
| 05/15/2025 | 101 | SENTENCING MEMORANDUM by USA as to Nirav B. Patel (Reed, Peter) (Entered: 05/15/2025) |
| 05/15/2025 | 🔒 102 | SEALED SENTENCING MEMORANDUM SUPPLEMENT as to Nirav B. Patel (Reed, Peter) (Entered: 05/15/2025) |
| 05/22/2025 | 🔒 103 | FIRST REVISION SEALED PRESENTENCE INVESTIGATION REPORT as to Nirav B. Patel (Attachments: # 1 Cover letter for revised PSR)(prseg, ) (Entered: 05/22/2025) |
| 05/27/2025 | 🔒 104 | Sealed Document *(victim impact statement)* by USA (Reed, Peter) (Entered: 05/27/2025) |
| 05/27/2025 | | Interpreter Chetan Vyas scheduled for Sentencing hearing set for 5/29/2025 at 10:30 AM as to Nirav B. Patel. (jsm2) (Entered: 05/27/2025) |
| 05/29/2025 | 🔒 105 | Sealed Document *(Victim Impact statement 2)* by USA (Reed, Peter) (Entered: 05/29/2025) |
| 05/29/2025 | 106 | Minute Entry for proceedings held before Judge Stephen P. McGlynn: Sentencing held on 5/29/2025 for Nirav B. Patel 1s-5s. Defendant is sentenced to the Bureau of Prisons for a total term of 144 months each as to Counts 1-4 of the Superseding Indictment, to run concurrently, and 3 months as to Count 5 of the Superseding Indictment, to run concurrently. This term of imprisonment shall run concurrently with any term of imprisonment imposed in Madison County Case No. 23-CF-873. No term of supervised release imposed. Defendant shall pay a special assessment of $410.00, Restitution of $438,916.66 and fine is Waived. (Court Reporter Erin Materkowski.) (jsm2) (Entered: 05/29/2025) |
| 05/29/2025 | 108 | JUDGMENT as to Nirav B. Patel. Signed by Judge Stephen P. McGlynn on 5/29/2025. (jsm2) (Entered: 05/29/2025) |
| 05/29/2025 | 🔒 109 | SEALED STATEMENT OF REASONS to 108 Judgment as to Nirav B. Patel. Signed by Judge Stephen P. McGlynn on 5/29/2025. (jsm2) (Entered: 05/29/2025) |
| 05/29/2025 | 110 | Interpreter Usage Report of Sentencing held on 5/29/2025 as to dft. Nirav B. Patel. (jsm2) (Entered: 05/29/2025) |
| 05/30/2025 | 111 | NOTICE OF APPEAL by Nirav B. Patel re 108 Judgment (Freter, Kim) (Entered: 05/30/2025) |
| 05/30/2025 | 112 | DOCKETING STATEMENT by Nirav B. Patel re 111 Notice of Appeal - Final Judgment (Freter, Kim) (Entered: 05/30/2025) |