In the United States District Court
For the Southern District of Illinois

United States of America,  )
        Plaintiff,  )
vs.  ) Criminal NO. 3:23-cr-30076-SPM
  )
Nirav B. Patel  )
  )
        Defendant,  )

## Defendants Motion for Ineffective Counsel

Comes now defendant, Nirav B. Patel and requests the court set this case for ineffective counseling. In support of this motion he states the following:
1) A breakdown of communication with defense counsel.
2) Defendant and Defense counsel has a mistrust with judgement of each other.
3) Defendant has not received a discovery or evidence from Defense Counsel
4) If the court holds a hearing, defendant can voice his concerns to the court and the court should decide whether the defense counsel should withdraw from the case. Wherefore defendant respectfully requests that the court take this motion seriously by hearing at the courts convenience.

Respectfully,

Nirav B. Patel

*/s/ Nirav B Patel*