Nirav Patel

6-2-2025

Alton City Jail
1700 E Broadway
Alton IL 62002

Dear Kim. c. Freter.


Please appeal my case in the Supreme Court
2nd could you Please reach out to the
Jail and have them tell me to call you
When you are free

Nirav. B. Patel.

In the United States District Court
For the Southern District of Illinois

United States of America,

       Plaintiff,

Vs.

Nirav B. Patel

       Defendant,

Criminal NO. 3:23-cr-30076-SPM

## Defendants Motion for Ineffective Counsel

Comes now defendant, Nirav B. Patel and requests the court set this case for ineffective counseling. In support of this motion he states the following:

1) A breakdown of communication with defense counsel.

2) Defendant and Defense counsel has a mistrust with judgement of each other.

3) Defendant has not received a discovery or evidence from Defense Counsel

4) If the court holds a hearing, defendant can voice his concerns to the court and the court should decide whether the defense counsel should withdraw from the case. Wherefore defendant respectfully requests that the court take this motion seriously by hearing at the courts convenience.

Respectfully,

Nirav B. Patel

Piran Patel
05/30/1985

Dear Kim Freter,

I'm writing you in concerns of my case. I haven't received a discovery or legal documents of any sort. I've called your law firm and tried reaching out to you but you keep stone-walling me. Can you please contact me as soon as possible and inform me of the progress and status of my case so I can inform my family. At this point I feel that I'm receiving ineffective counseling and I'll truly appreciate if you give me more assist-ance and communication between client and counsel within my case. Please and Thank you

Client Signature _Piran Patel_

Respectfully Submitted

Kim Freter

- ineffective Canseling /
- No discovery or legal documents
- Attorney never informed me of the progress of my case. HASn't sent ME Any PAPer WORK
- No Plea negotiation or agreement
- I've called and reached out but I'm being stonewalled
- **NO ZOOM** VISits to communicate with me
- No Interpreter Contact At All Don't Understand Much English
- My Constitutional Rights ARE being violated
- I'm only ONE person And Sole provider for my family. I'm trying to get my process going so I CAN get BACK home.
- I also meed To get My Discovery so I can have Some one help me with my case.

Nirav B. Patel
1700 E Broadway
Alton, IL 62002

P.M. Narendra Modi Sir
E Block, E Block Central Secretariat
New Delhi, Delhi. 110011 India



Nirav B. Patel
1700 E. Broadway
Alton, IL 62002

TV9 Gujrati News Channel
Aangan Banquet Hall Satellite
Ahmedabad, Gujarat 380015 India

Nirav b. [...]
1700 E. Broadway
Alton, IL 6[...]

VI V Gujarati News Channel
VI V House Sambhaav Press Road
Judges Bungalow Road, Bodakdev Satellite
Ahmedabad, Gujarat 380054 India



NIRAV PATEL
ALTON CITY JAIL
1700 E. BROADWAY
ALTON, IL 62002



CNN
10 COLUMBUS CIRCLE
NEW YORK
NY 10019

NIRAV PATEL
ALTON CITY JAIL
1700 E. BROADWAY
ALTON, IL 62002



FOX NEWS
1211 AVENUE OF AMERICAS
NEW YORK
NY 10036

NIRAV PATEL
ALTON CITY JAIL
1700 E. BROADWAY
ALTON, IL 62002



UNITED NATIONS
760 UNITED NATIONS PLAZA
MANHATTAN
NEW YORK CITY
NY 10017

NIRAV PATEL
ALTON CITY JAIL
1700 E. BROADWAY
ALTON IL 62002

SAINT LOUIS MO

7 JUN 2025   PM 7

Dog Bite
Awareness
#DogBite Awareness

HON JUDGE STEVEN MCGLYNN

650 MISSOURI AVENUE

SUITE 4 IO A.

EAST SAINT LOUIS

IL 62201

62201-295599

RECEIVED
JUN 09 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE